LETITIA JAMES
Attorney General for the State of New York
Elizabeth A. Brody
Assistant Solicitor General
Division of Appeals & Opinions
28 Liberty St
New York, NY 10005
Telephone: (212) 416-6167
Fax: (212) 416-8962
Email: elizabeth.brody1@ag.ny.gov

*Attorneys for the State of New York*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, STATE OF WASHINGTON, STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN;<br>       *Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services; THOMAS MARCH BELL, in his official capacity as Acting Inspector General of the Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF INSPECTOR GENERAL; and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>       *Defendants*. | Case No. 6:25-cv-02409-MTK<br><br><br><br>**NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is counsel of record for State of New York in this case.

DATED: December 30, 2025

        Respectfully submitted.

        <u>s/ Elizabeth A. Brody</u>

LETITIA JAMES
Attorney General for the State of New York
Elizabeth A. Brody
Assistant Solicitor General
Division of Appeals & Opinions
28 Liberty St
New York, NY 10005
Telephone: (212) 416-6167
Fax: (212) 416-8962
Email:  elizabeth.brody1@ag.ny.gov

*Attorneys for the State of New York*