DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, STATE OF WASHINGTON, STATE OF NEW YORK, STATE OF CALIFORNIA, STATE OF COLORADO, STATE OF CONNECTICUT, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF ILLINOIS, STATE OF MAINE, STATE OF MARYLAND, COMMONWEALTH OF MASSACHUSETTS, STATE OF MICHIGAN, STATE OF MINNESOTA, STATE OF NEW JERSEY, STATE OF NEW MEXICO, JOSH SHAPIRO, in his official capacity as Governor of the Commonwealth of Pennsylvania, STATE OF RHODE ISLAND, STATE OF VERMONT, and STATE OF WISCONSIN;<br>          Plaintiffs,<br>   v.<br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services; THOMAS MARCH BELL, in his official capacity as Acting Inspector General of the Department of Health and Human Services; the U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES OFFICE OF INSPECTOR GENERAL; and the UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>          Defendants. | Case No. 6:25-cv-02409-MTK<br><br>AFFIDAVIT OF SERVICE |

Page 1 -   AFFIDAVIT OF SERVICE
AB9/om1/984790628

## AFFIDAVIT OF SERVICE

I hereby depose and swear as follows:

1. I am an Office Specialist in the Oregon Department of Justice. I am over the age of eighteen.

2. Plaintiff State of Oregon received summonses (Dkt. No. 9) directed to defendants the U.S. Department of Health and Human Services; Robert F. Kennedy, Jr., in his official capacity as the Secretary of the Department of Health and Human Services, The U.S. Department of Health and Human Services Office Of Inspector General, Thomas March Bell, in his official capacity as Inspector General of the Department of Health and Human Services, on December 29, 2025.

3. On December 30, 2025, I hand-delivered copies of the summonses described in the preceding paragraph, along with copies of the following documents:

    a. Complaint and accompanying exhibits (Dkt. No. 1, 1-1),
    b. Proposed summons (Dkt. No. 1-2),
    c. Civil Cover Sheet (Dkt. No. 1-3),
    d. Notice of Case Assignment to Judge Mustafa T. Kasubhai and Discovery and Pretrial Scheduling Order (Dkt. No. 8)
    e. Summons Issued Electronically as to All Defendants (Dkt. No. 9)

to the front desk of the Office of the United States Attorney for the District of Oregon at 1000 SW Third Ave. Suite 600, Portland, Oregon, to the attention of Assistant United States Attorney Susanne Luse, Chief of the Civil Division, as set forth in Fed. R. Civ. P. 4(i)(1)(A)(i).

4. On December 29, 2025, I caused the documents listed above to be sent to the following via USPS certified mail:

**Pamela Bondi**
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

**U.S. Department of Health and Human Services**
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

Page 2 -    AFFIDAVIT OF SERVICE
AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**Robert F. Kennedy, Jr.**
U.S. Department of Health & Human Services
Hubert H. Humphrey Building
200 Independence Avenue, S.W.
Washington, D.C. 20201

**U.S. Department of Health and Human Services**
**Office Of Inspector General**
330 Independence Avenue, SW
Washington, DC 20201

**Thomas March Bell**
Inspector General of the Department of Health and Human Services
330 Independence Avenue, SW
Washington, DC 20201

MEGAN GRIFFIN
Office Specialist 1

STATE OF OREGON      )
                     ) ss.
County of Multnomah  )

SUBSCRIBED AND SWORN to before me this 30th day of December, 2025.

Notary Public for Oregon
My Commission Expires: July 06, 2029

OFFICIAL STAMP
HUNG HOANG LE
NOTARY PUBLIC - OREGON
COMMISSION NO. 1059678
MY COMMISSION EXPIRES JULY 06, 2029

Page 3 -   AFFIDAVIT OF SERVICE
           AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000