DAN RAYFIELD
Attorney General
ALLIE M. BOYD  #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
         brian.s.marshall@doj.oregon.gov
         lauren.robertson@doj.oregon.gov
         kate.e.morrow@doj.oregon.gov
         youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al, | Case No.  6:25-cv-02409-MTK |
| Plaintiffs, | DECLARATION OF EMMA SANDOE |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al, | |
| Defendants. | |

**DECLARATION OF EMMA SANDOE**

I, Emma Sandoe, declare as follows:

1.    I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

**Personal and Agency Background**

2.    I am the Medicaid Director for the Oregon Health Authority (OHA). I have held that position since July 2024. Before that, I served as the Deputy Director of Medicaid Policy for North Carolina Medicaid.

Page 1 -    DECLARATION OF EMMA SANDOE

3. As Medicaid Director, I am responsible for the administration of the state's full benefit Medicaid program. I have a PhD in Health Policy from Harvard University and a master's degree in Public Health from The George Washington University

4. OHA is the single state agency responsible for administering Oregon's Medicaid program. The agency's mission includes improving the overall health of this state's residents by promoting affordable access to medically necessary care.

5. OHA operates the Oregon Health Plan (OHP). This program includes Oregon's Medicaid program and the Children's Health Insurance Program (CHIP). These programs are governed by federal statutes and rules, and supported by federal funding, but administered by the state.

6. Oregon's Medicaid program provides low-income individuals with access to comprehensive health care coverage at no or low cost. Medicaid's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care. OHP also includes other programs that are funded exclusively by the state. For example, as part of its Healthier Oregon Program, Oregon has elected to use state-only funds to extend OHP coverage to all state residents who meet income and other criteria.

7. OHA is also the largest purchaser of health coverage in Oregon. The state's Medicaid and other OHP programs cover about 33 percent of the state's population. In total, the state's Medicaid program insures approximately 1.4 million people, including 485,000 children.

**OHP's Coverage of Gender Affirming Care**

8. Medicaid is a federal-state partnership funded by both federal and state dollars. OHA administers OHP pursuant to broad federal requirements and the terms of the state's "plan for medical assistance"—also known as a "State Plan"—which is subject to approval by the U.S. Centers for Medicare and Medicaid Services (CMS).

9. CMS is obligated to make federal funding contributions to all conforming state Medicaid plans. 42 U.S.C. § 1396a(b); 42 U.S.C. §§ 1396b(a), 1396-1. Those contributions are referred to as "Federal Financial Participation" (FFP). FFP covers a percentage of OHA's

Page 2 -    DECLARATION OF EMMA SANDOE

expenditures on eligible enrollees in Oregon's Medicaid plan. If the federal government were to withhold its FFP, Oregon lacks the resources to continue to fund its State Plan on its own.

10. OHP covers an array of services for transgender individuals, including gender-affirming interventions for gender dysphoria.

11. Under Oregon law, OHA—like all medical insurers in the state—is prohibited from categorically excluding gender affirming care from coverage. Or. Rev. Stat. § 414.769, § 743A.325. Thus, the agency is required to cover such treatment when medically necessary.

12. Gender-affirming interventions can include, but are not limited to, puberty suppression therapy; hormone therapy; behavioral health services; and surgical procedures. When requested, OHP pays for these gender affirming interventions consistent with agency rules and when they are determined to be medically necessary. These services are available to all transgender OHP clients. This includes individuals aged twenty and younger through the early and periodic screening, diagnosis, and treatment (EPSDT) program.

13. OHA has claimed and received FFP for gender-affirming interventions for at least 10 years. Moreover, Oregon's Medicaid program expressly provides coverage for gender-affirming care through its Prioritized List of Health Services via the Oregon Health Plan 1115 demonstration waiver that CMS directly approved. CMS has never rejected or disapproved inclusion of such coverage.

14. Given the above, numerous patients requiring gender affirming care in Oregon, including those aged 18 and under and their families, have come to rely on OHP's coverage of such care. Many patients are currently undergoing courses of treatment based on that coverage, and given its historical availability, they have had little reason to expect that it would be abruptly terminated. Medical providers in Oregon—some of whom have dedicated a substantial portion of their practices to the provision of gender affirming care to minors—have also come to rely on the same coverage for the same reasons.

Page 3 -    DECLARATION OF EMMA SANDOE

15.     Oregon has similarly come to rely on FFP for medically necessary gender affirming care. OHA has built its state Medicaid program around the provision of such care by, among other things, integrating it into our state payment systems.

**Harms from the Kennedy Declaration**

16.     I understand that, on December 18, 2025, Secretary of Health and Human Services Robert F. Kennedy, Jr., issued a "declaration" entitled "Safety, Effectiveness, and Professional Standards of Care for Sex-Rejecting Procedures on Children and Adolescents." ("Kennedy Declaration"). The Kennedy Declaration purports to declare that gender-affirming care for children and adolescents is neither safe nor effective.

17.     The Kennedy Declaration further states that the Secretary "'may' exclude individuals or entities from participation in any Federal health care program if the Secretary determines the individual or entity has furnished or caused to be furnished items or services to patients of a quality which fails to meet professionally recognized standards of health care." And the Declaration elsewhere states that, according to HHS, the provision of any gender-affirming medical care to adolescents falls below the professionally recognized standards of care. The Kennedy Declaration thus makes clear that the provision of any such care is, *per se*, a basis to exclude providers from federal health care programs.

18.     In these respects, the Kennedy Declaration directly undermines OHA's mission by threatening to impose restrictions that deter health care providers from offering gender-affirming services. The Declaration thus harms Oregon in these and numerous other ways.

19.     For example, the Kennedy Declaration will irreparably damage OHP's network of medical providers. Providers who offer gender-affirming care—including gender-affirming mental health services, puberty blockers, and hormone therapy—often provide other kinds of care too. To illustrate, an endocrinologist who prescribes puberty blockers to treat gender dysphoria will also likely prescribe the same medications to treat precocious puberty. And a physician who prescribes hormone therapy for gender dysphoria will also likely prescribe the same medications for delayed puberty.

Page 4 -    DECLARATION OF EMMA SANDOE

20. The Kennedy Declaration threatens to exclude such providers from federal health care programs. And even before that occurs, some providers will likely choose to cease participating in those programs based on this threat. This means that OHP will have fewer providers to rely on to treat its clients even if they do *not* have gender dysphoria and even if they do *not* need gender-affirming care. At the same time, this action will also make it very difficult if not impossible for OHP to find health care providers willing to provide gender-affirming care to OHP clients.

21. These harms are compounded by the fact that, under 42 C.F.R. Part 438, the federal government requires states participating in Medicaid to maintain a network of providers that is sufficient in number, mix, and geographic distribution to meet the needs of the anticipated number of enrollees in the service area. This particularly includes mental health and primary care providers. Because the Kennedy Declaration will drive such providers out of OHP's provider network, it also threatens to undermine the state's efforts to meet these federal requirements.

22. Indeed, OHA has already received reports from health care providers indicating that, due to the federal actions discussed above, some providers have ceased or reconsidered offering gender-affirming care services. Additionally, OHA has been made aware that some patients have experienced increased delays in accessing these services, contributing to heightened anxiety and uncertainty within the transgender and gender-diverse community.

23. In addition, the Kennedy Declaration will have a direct impact on the amount of federal funding Oregon receives to reimburse medical expenses for children in Oregon. As providers increasingly decline to offer gender-affirming care services due to these federal policies, OHP will be deprived of the FFP it has historically received for the provision of such care.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on December 30, 2025.

_s/ Emma Sandoe_
EMMA SANDOE

Page 5 -    DECLARATION OF EMMA SANDOE

AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**CERTIFICATE OF SERVICE**

I certify that on January 6, 2026, I served the foregoing DECLARATION OF EMMA

SANDOE upon the parties hereto by the method indicated below, and addressed to the

following:

| | |
|---|---|
| **Susanne Luse** | ___ HAND DELIVERY |
| Assistant United States Attorney | ___ MAIL DELIVERY |
| U.S. Attorney's Office for the District of Oregon | ___ OVERNIGHT MAIL |
| 1000 SW Third Ave. Suite 600 | ___ TELECOPY (FAX) |
| Portland, OR 97204 | ___ E-SERVE |
| *Counsel for Defendants* | _X_ E-MAIL |
| | (susanne.luse@usdoj.gov) |

       *s/Allie M. Boyd*
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4791
allie.m.boyd@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
lauren.robertson@doj.oregon.gov
kate.e.morrow@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
Of Attorneys for Plaintiff State of Oregon

Page 1 -    CERTIFICATE OF SERVICE
        AB9/bm9/984790637