DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
      brian.s.marshall@doj.oregon.gov
      lauren.robertson@doj.oregon.gov
      kate.e.morrow@doj.oregon.gov
      youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al,<br><br>    Plaintiffs,<br> v.<br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al,<br><br>    Defendants. | Case No. 6:25-cv-02409-MTK<br><br>DECLARATION OF DR. JUDY ZERZAN-THUL |

# DECLARATION OF DR. JUDY ZERZAN-THUL

I, DR. JUDY ZERZAN-THUL, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the Chief Medical Officer for the Washington State Health Care Authority (HCA) and have been employed in this position since August 20, 2018. I am responsible for assessing and improving the quality of care for State-purchased health care programs, including Apple Health (which is commonly referred to as Medicaid) and the Employee and Retirees Benefits program.

3. Prior to joining HCA, I was employed as the Chief Medical Officer for the State of Colorado Department of Health Care Policy and Financing for nine years. In that capacity, I was responsible for providing clinical guidance for Colorado Medicaid and the Children's Health Insurance Program, including pharmacy and medical benefits, measuring and improving quality, and data analysis.

4. I obtained my M.D. degree from Oregon Health & Science University. I also hold a master's degree in Public Health from the University of North Carolina. I am Board Certified in Internal Medicine and I have over 25 years of experience as a medical doctor. I have an active current license to practice medicine in the state of Washington.

5. The term "Apple Health" is the umbrella term for all of Washington's public benefit healthcare programs. It includes Medicaid and the Children's Health Insurance Program (CHIP), which are governed by federal statutes and rules and supported by federal funding but administered by the State. "Apple Health" also includes programs that are funded entirely by the State.

5. The Washington Legislature designated HCA as the single state agency responsible for

1

administering Washington's Medicaid program. The program provides low-income individuals with access to comprehensive healthcare coverage at no or low cost. Medicaid's coverage includes medical, dental, mental health, substance use disorder treatment, and long-term care.

6. HCA is the largest healthcare purchaser in Washington, as Medicaid and other Apple Health programs cover about 20 percent of the state's population. In total, Medicaid insures approximately 1.9 million people, including approximately 850,000 children.

7. Medicaid is authorized and funded through a federal-state partnership. HCA administers the program under broad federal requirements as well as the terms of its "State Plan for Medical Assistance," also known as a State Plan, approved by the federal Centers for Medicare and Medicaid Services (CMS). HCA receives the federal Medicaid funding contribution, known as "Federal Financial Participation" (FFP), which covers a percentage of Medicaid's expenditures for eligible enrollees.

8. The mission of HCA is to "provide equitable, high-quality health care through innovative health policies and purchasing strategies." One of HCA's core values is "health equity," which means that HCA helps to ensure that all Apple Health clients have the opportunity to access and obtain services to address their physical and behavioral health needs. Health care coverage for transgender and gender diverse individuals is in line with HCA's mission and values.

9. Apple Health covers an array of services for transgender individuals, including gender-affirming interventions for gender dysphoria under Wash. Admin. Code § 182-531-1675. Under Washington State law, HCA is required to cover gender-affirming care, and "may not apply categorical cosmetic or blanket exclusions to gender-affirming treatment." Wash. Rev. Code § 74.09.675(2). Gender-affirming interventions include, but are not limited to, puberty suppression therapy, hormone therapy, behavioral health services, and surgical procedures. Apple Health pays

for these gender-affirming interventions, when requested consistent with agency rules and determined medically necessary by HCA. These services are available to all transgender Apple Health clients, including clients 20 years old and younger under the early and periodic screening, diagnosis, and treatment (EPSDT) program.

10. HCA has claimed and received federal financial participation for gender-affirming interventions for at least a decade, including for clients younger than 18.

11. The gender-affirming interventions covered by HCA have been determined to be evidence-based, safe and effective, medical treatments by organizations such as the American Academy of Pediatrics, the American Medical Association, the Endocrine Society, and the World Professional Association for Transgender Health (WPATH). WPATH remains a globally recognized authority on gender-affirming care, and its Standards of Care have been widely adopted by medical institutions worldwide.

12. HCA covers gender-affirming care for individuals enrolled in Apple Health with both managed care plans and fee-for-service plans. Approximately 85% of Medicaid clients in Washington are enrolled in managed care plans while the rest are paid through fee for service arrangements. Apple Health pays a managed care plan a monthly premium for each client's coverage, which includes preventive, primary, specialty, and other health services. Clients must then see providers who are in their plan's provider network, unless specific arrangements are made, single case agreements or if seeking urgent or emergency care. When a provider delivers services to a person enrolled in an Apple Health Medicaid managed care plan, the provider bills the managed care plan. The managed care plan then pays that provider based on their contracted arrangement with that specific provider. The managed care plan then provides a record of that payment, termed an encounter, to HCA. Apple Health coverage without a managed care plan

is called fee-for-service. A fee-for-service plan means Apple Health providers bill HCA directly for each service they provide. People seeking care for gender-affirming services in Washington enrolled in managed care plans have some costs and services paid for by the managed care plans while other services received by managed care members are paid for through fee for service arrangements. Managed care plans pay for physician and behavioral health related office visits, medications and retail pharmacy costs related to the treatment of gender dysphoria.

13. In 2024, over 10,000 transgender individuals enrolled in Apple Health received gender-affirming care, resulting in a total expenditure of almost $11 million. Over 9,800 transgender individuals on managed care plans and over 900 transgender individuals on fee-for-service plans received gender-affirming care. Of this total expenditure, over $8.6 million came from federal funding and over $2.2 million came from state funding. For youth under 18, slightly more than $2 million was spent on gender-affirming care services in 2024. Approximately $1.1 million came from federal funding, with the rest coming from the state.

14. These numbers were similar in 2023 and 2022. In 2023, over 9,500 transgender individuals enrolled in Apple Health received gender-affirming care, resulting in a total expenditure of over $10.6 million (with over $8.4 million from federal funding). And in 2022, over 8,500 transgender individuals enrolled in Apple Health received gender-affirming care, resulting in a total expenditure of over $10.1 million (with over $8 million from federal funding).

15. I am aware that Secretary Kennedy issued a declaration on December 18, 2025, regarding "Safety, Effectiveness, and Professional Standards of Care for Sex-Rejecting Procedures on Children and Adolescents," hereinafter referred to as the Kennedy Declaration. The Kennedy Declaration says that providing gender-affirming care to children and adolescents is "neither safe nor effective as a treatment modality for gender dysphoria, gender incongruence, or other disorders

in minors." It declares that gender-affirming care for minors does not "meet professional recognized standards of health care" and that healthcare providers who provide gender-affirming care for children and adolescents may be excluded from participation in Medicaid and Medicare "if the Secretary determines the individual or entity has furnished or caused to be furnished" gender-affirming care.

16. This action will prevent clients of Apple Health from receiving gender-affirming care and directly contradicts Washington law. Provision of gender-affirming care, including to children and adolescents, is a part of Washington's Medicaid state plan, which was approved by CMS. It is obviously impossible for Apple Health clients to receive gender-affirming care through Apple Health if providers are excluded from participating in Apple Health if they provide gender-affirming care.

17. The action will also harm Apple Health's network of providers. Providers who provide gender-affirming care, including gender-affirming mental health services, puberty blockers, and hormone therapy often provide other kinds of care, too. For instance, a mental health counselor who treats patients with gender dysphoria might also treat patients with depression. An endocrinologist who prescribes puberty blockers to treat gender dysphoria will also likely prescribe the same medications to treat precocious puberty. And a physician who prescribes hormone therapy for gender dysphoria will also likely prescribe the same medications for delayed puberty. CMS's action to condition participation in the Medicaid program upon not providing gender-affirming care means that Apple Health will have fewer providers to rely on to treat its clients even if they do not have gender dysphoria and even if they do not need gender-affirming care.

18.     This action will make it very difficult if not impossible for Apple Health to find health care providers willing to provide gender-affirming care to Apple Health clients, even if such services were entirely state funded. Very many, if not most, providers who accept Apple Health depend on Medicaid and Medicare for fiscal solvency. I am not aware of any hospital, for example, that could stay in business without participating in Medicaid and Medicare. And since exclusion from Medicaid and Medicare on the basis of providing gender-affirming care under the Kennedy Declaration is not limited to providing gender-affirming care paid for by Medicaid or Medicare, the consequence will be that no provider who accepts these forms of payment will be able to provide gender-affirming care to any child or adolescent patient.

19.     The Kennedy Declaration endangers HCA's ability to fulfill its mission by placing financial constraints on health care providers who offer gender-affirming care. By threatening to exclude providers, the Kennedy Declaration disincentivizes providers from continuing these services, ultimately reducing access for those in need. Further, based on my experience in the health care industry, an exclusion from participation in federal healthcare programs, like those threatened by the Kennedy Declaration, constitutes a de facto bar on the practice of medicine. It is difficult, if not impossible, for excluded providers to obtain employment or malpractice insurance. Facing exclusion, many providers simply relinquish their licenses to practice.

20.     In addition to impacts on those subject to this new policy, it will have a direct impact on HCA's administration of its healthcare programs and the amount of federal funding Washington receives to reimburse medical expenses for children and adolescents in Washington.

21.     HCA has received reports from health care providers indicating that, due to the federal actions such as the Kennedy Declaration, some providers have ceased or reconsidered offering gender-affirming care services. Additionally, HCA has been made aware that some

patients have experienced increased delays in accessing these services, contributing to heightened anxiety and uncertainty within the transgender and gender-diverse community.

22. The Kennedy Declaration also threatens to erode Washington's network of Medicaid providers in the event such providers are excluded. A recent report of the Washington State Insurance Commissioner found that nearly 6,000 distinct Medicaid providers provide gender-affirming care in Washington. *See* Washington State Office of the Insurance Commissioner, Gender Affirming Treatment (GAT) Study at 15 (November 2024).[1] Such providers are present in every corner of the state, including in rural areas where access to medical providers may be difficult. If such providers are excluded from participating in Medicaid, like the Kennedy Declaration threatens to do, then Apple Health may be unable to ensure that all of its clients have access to readily available medically necessary services. This is especially true for certain specialties, such as pediatrics or endocrinology, that are already difficult to access for Apple Health clients due to a shortage of providers willing to take Medicaid that leads to long wait times and delays in necessary care.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 24th day of December 2025, at Olympia, Washington.

*s/ Judy Zerzan-Thul*  
DR. JUDY ZERZAN-THUL  
Chief Medical Officer  
Washington Health Care Authority

---

[1] Available at: https://www.insurance.wa.gov/sites/default/files/2024-12/waoic-gender-affirming-treatment-report-11272024.pdf.

# CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served the foregoing DECLARATION OF DR. JUDY ZERZAN-THUL upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Susanne Luse**<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Oregon<br>1000 SW Third Ave. Suite 600<br>Portland, OR 97204<br>   *Counsel for Defendants* | \_\_\_ HAND DELIVERY<br>\_\_\_ MAIL DELIVERY<br>\_\_\_ OVERNIGHT MAIL<br>\_\_\_ TELECOPY (FAX)<br>\_\_\_ E-SERVE<br> X  E-MAIL<br>(susanne.luse@usdoj.gov) |

       *s/Allie M. Boyd*
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4791
allie.m.boyd@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
lauren.robertson@doj.oregon.gov
kate.e.morrow@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
AB9/bm9/984790637

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791