DAN RAYFIELD
Attorney General
ALLIE M. BOYD  #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al, | Case No.  6:25-cv-02409-MTK |
| Plaintiffs, | DECLARATION OF KYLE S. KARINEN |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al, | |
| Defendants. | |

**<u>DECLARATION OF KYLE KARINEN</u>**

I, KYLE S. KARINEN, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2.      I am the Executive Director for the Washington Medical Commission (Commission) and have served in this role since September 1, 2023. I previously served as Supervising Staff Attorney for the Commission since 2018, before which I was employed with the Washington State Department of Health starting in 2011. I am a trained lawyer and an active member in good standing of the Washington State Bar Association. I was hired by the Commission pursuant to section 18.71.430(1) of the Revised Code of Washington and am responsible for the overall management of Commission staff and operations, including, but not limited to, performing all administrative duties and any other duties as delegated by the Commission.

3.      The Commission is a 21-member body established under Washington state law, Wash. Rev. Code § 18.71.015, and delegated authority under Wash. Rev. Code § 18.71 to license and regulate allopathic physicians and physician assistants, establish and enforce qualifications for licensure and standards of practice, and educate practitioners and the public.

4.      The provision of gender-affirming care, such as puberty-blocking medication, hormone therapy, and gender-affirming surgeries, within the standard of care, is expressly protected under Washington law. In fact, under the Uniform Disciplinary Act, "[t]he provision of, authorization of, recommendation of, aiding in, assistance in, referral for, or other participation in any . . . gender-affirming treatment consistent with the standard of care in Washington by a license holder" is not unprofessional conduct. Wash. Rev. Code § 18.130.450(a).

1

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

DATED this 23rd day of December 2025, at Olympia, Washington.

*s/ Kyle S. Karinen*
KYLE S. KARINEN
Executive Director
Washington Medical Commission

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served the foregoing DECLARATION OF KYLE S.

KARINEN upon the parties hereto by the method indicated below, and addressed to the

following:

| | |
|---|---|
| **Susanne Luse** | ___ HAND DELIVERY |
| Assistant United States Attorney | ___ MAIL DELIVERY |
| U.S. Attorney's Office for the District of Oregon | ___ OVERNIGHT MAIL |
| 1000 SW Third Ave. Suite 600 | ___ TELECOPY (FAX) |
| Portland, OR 97204 | ___ E-SERVE |
| *Counsel for Defendants* | X  E-MAIL |
| | (susanne.luse@usdoj.gov) |

*s/Allie M. Boyd*
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4791
allie.m.boyd@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
lauren.robertson@doj.oregon.gov
kate.e.morrow@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
Of Attorneys for Plaintiff State of Oregon

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791