DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al,<br><br>    Plaintiffs,<br>    v.<br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al,<br><br>    Defendants. | Case No. 6:25-cv-02409-MTK<br><br>DECLARATION OF MATTHEW FAIELLA IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT |

## DECLARATION OF MATTHEW FAIELLA IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT

I, MATTHEW FAIELLA, do hereby declare

1. I am Special Counsel for LGBTQIA Rights in the Office of the New York State Attorney General and am a member in good standing with the State Bar of New York. I use he/him/his pronouns and Mr. as an honorific. I have filed a Notice of Appearance with this Court to appear in this case. I represent the State of New York, on behalf of New York State Attorney General Letitia James. I have personal knowledge of the following facts and could competently testify regarding their truth if called to do so.

2. In New York State (NYS), the state Medicaid program is overseen by the NYS Department of Health (DOH) and currently provides comprehensive health coverage to approximately 7 million, or 36 percent of, New Yorkers. NYS DOH, New York State Medicaid, https://www.health.ny.gov/health_care/medicaid/ (attached as Exhibit 1); NYS DOH, NYS Medicaid Enrollment Databook by Month, https://www.health.ny.gov/health_care/medicaid/enrollment/docs/by_resident_co/current_month.htm (attached as Exhibit 2); NYS Governor Kathy Hochul and Budget Director Blake G. Washington, Your Family Is My Fight: NYS FY 2026 Executive Budget Briefing Book (NYS FY 2026 Executive Budget), https://www.budget.ny.gov/pubs/archive/fy26/ex/book/briefingbook.pdf (attached as Exhibit 3) at 22. NYS DOH also administers the Child Health Plus program, including the Child Health Plus plan, which is available for individuals under the age of nineteen who reside in New York, and available to children who are not eligible for Medicaid based their gross family income. NYS DOH, Child Health Plus, Eligibility and Cost, https://www.health.ny.gov/health_care/child_health_plus/eligibility_and_cost.htm (attached as Exhibit 4). "The Child Health Plus program provides free or low-cost health insurance to over 578,000 children." NYS FY 2026 Executive Budget at 69. Together, the Medicaid and

Child Health Plus programs provide coverage for a wide range of services to vulnerable communities, depending on the enrollee's age, financial circumstances, family situation, or living arrangements, through a large network of health care providers. *See generally id.*

3. The costs of covering Medicaid services are shared between the state, local, and federal governments with a Federal Medical Assistance Percentage (FMAP) that generally provides 50 percent matching federal funding for most services. *See* Office of the New York State Comptroller Thomas P. DiNapoli, Federal Funding and New York, Medicaid, https://www.osc.ny.gov/reports/budget/fed-funding-ny/medicaid (attached as Exhibit 5) ("The federal government's contribution is based on the []FMAP[], which is a ratio determined by comparing a state's per capita income to the U.S. average."); NYS FY 2026 Executive Budget at 23 ("New York receives the minimum Federal Medicaid matching share of roughly 50 percent.").

4. New York State's Medicaid plan has been approved by the U.S. Centers for Medicare and Medicaid (CMS). *See* NYS DOH, New York State Medicaid State Plan, https://www.health.ny.gov/regulations/state_plans/ (attached as Exhibit 6) (providing link to approved plan); NYS DOH, Approved NYS Medicaid State Plan, https://www.hcrapools.org/medicaid_state_plan/DOH_PDF_PROD/nys_medicaid_state_plan.pdf (cover page of plan attached as Exhibit 7). CMS is obligated to make federal funding contributions for all conforming state Medicaid plans. 42 U.S.C. §§ 1396a(b),1396b(a), 1396-1.

5. According to the New York State FY 2026 Executive Budget, in New York State, "Medicaid is the single largest category of Federal funding, representing 63 percent of Federal resources anticipated in the FY 2026 Executive Budget." NYS FY 2026 Executive Budget at 42. For its fiscal year 2026 budget estimate, the New York State Executive Budget predicts an $8.6 billion increase, $6.1 billion of which comes from increased Medicaid spending. *Id.* at 16, 21. New York State's Executive Budget attributes this Medicaid spending increase to

factors including high enrollment, expansion of benefits, and increases in reimbursement rates. *Id.*

6. According to its website, the Health, Resources and Services Administration (HRSA), Bureau of Primary Health Care (BPHC) funds nearly 1,400 health centers to provide affordable, accessible, high-quality primary health care to underserved communities at over 16,200 sites. HRSA Health Center Program, Who We Are, https://bphc.hrsa.gov/ (attached as Exhibit 8).

7. According to the health policy organization KFF, based on 2024 data from HRSA-BPHC, approximately 44 percent of the revenue of New York State's community health centers comes from Medicaid. KFF, Community Health Center Revenues by Payer Source, https://www.kff.org/other-health/state-indicator/community-health-center-revenues-by-payer-source/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D (attached as Exhibit 9).

8. New York's Medicaid program, including Child Health Plus, provides coverage for an array of services, including medically necessary gender-affirming care—such as puberty blockers, hormone therapy, and surgical procedures—for both minors and adults who meet defined criteria. *See* 18 NY Code R. Regs. 505.2(*l*); NYS DOH, Office of Health Insurance Programs, Criteria Standards for the Authorization and Utilization Management of Hormone Therapy and Surgery for the Treatment of Gender Dysphoria, https://www.health.ny.gov/health_care/managed_care/plans/docs/treat_gender_dysphoria.pdf (attached as Exhibit 10); NYS DOH, Office of Health Insurance, Physician Surgery Procedure Codes: eMedNY New York State Medicaid Provider Procedure Code Manual, https://www.emedny.org/ProviderManuals/Physician/PDFS/Physician%20Procedure%20Cod

es%20Sect5.pdf (New York State Medicaid Provider Procedure Code Manual) (cover page and excerpt attached as Exhibit 11); New York State directs participating providers who provide this care to submit claims for Medicaid and Child Health Plus for covered services, including medically necessary transgender health care for people under 18, in the same manner as they do for other forms of medically necessary health care. *See* New York State Medical Provider Procedure Code Manual at 174-78.

9. State reimbursement for medically necessary treatment for gender dysphoria for people under the age of 18 is required under current New York regulations and pursuant to a court order entering judgment finding that the previous regulatory regime violated Medicaid's Availability and Comparability Provisions. *See Cruz v. Zucker*, 218 F. Supp. 3d 246, 249 (S.D.N.Y. 2016).

10. Attached to this declaration are true and correct copies of the following documents or document excerpts in support of the Plaintiff States' Motion for Summary Judgment:

   a. Attached as Exhibit 1 is a true and correct copy of the New York State Medicaid webpage published by the New York State Department of Health, https://www.health.ny.gov/health_care/medicaid/ (last visited Jan. 5, 2026).

   b. Attached as Exhibit 2 is a true and correct copy of the NYS Medicaid Enrollment Databook by Month webpage published by the New York State Department of Health, available at https://www.health.ny.gov/health_care/medicaid/enrollment/docs/by_resident_co/current_month.htm (last visited Jan. 5, 2026).

   c. Attached as Exhibit 3 is a true and correct copy of the publication, Your Family Is My Fight: NYS FY 2026 Executive Budget Briefing Book, published by Governor Kathy Hochul and Budget Director Blake G. Washington, available at https://www.budget.ny.gov/pubs/archive/fy26/ex/book/briefingbook.pdf (last visited Jan. 5, 2026).

   d. Attached as Exhibit 4 is a true and correct copy of the Child Health Plus, Eligibility and Cost webpage published by the New York State Department of Health, available at https://www.health.ny.gov/health_care/child_health_plus/eligibility_and_cost.htm (last visited Jan. 5, 2026).

   e. Attached as Exhibit 5 is a true and correct copy of the Federal Funding and New York, Medicaid webpage published by the Office of the New York State Comptroller Thomas P. DiNapoli, available at

  https://www.osc.ny.gov/reports/budget/fed-funding-ny/medicaid (last visited Jan. 5, 2026).

 f. Attached as Exhibit 6 is a true and correct copy of the New York State Medicaid State Plan webpage published by the New York State Department of Health, available at https://www.health.ny.gov/regulations/state_plans/ (last visited Jan. 5, 2026).

 g. Attached as Exhibit 7 is a true and correct copy of the cover page of the Approved NYS Medicaid State Plan, linked to by the New York State Department of Health and published by the New York State Office of Pool Administration, available at https://www.hcrapools.org/medicaid_state_plan/DOH_PDF_PROD/nys_medicaid_state_plan.pdf (last visited Jan. 5, 2026).

 h. Attached as Exhibit 8 is a true and correct copy of the Health Center Program, Who We Are webpage published by the U.S. Department of Health and Human Services, Health Resources and Services Administration, Bureau of Primary Health Care, available at https://bphc.hrsa.gov/ (last visited Jan. 5, 2026).

 i. Attached as Exhibit 9 is a true and correct copy of an excerpt from the Community Health Center Revenues by Payer Source webpage published by KFF, available at https://www.kff.org/other-health/state-indicator/community-health-center-revenues-by-payer-source/?currentTimeframe=0&sortModel=%7B%22colId%22:%22Location%22,%22sort%22:%22asc%22%7D (last visited Jan. 5, 2026).

 j. Attached as Exhibit 10 is a true and correct copy of the Criteria Standards for the Authorization and Utilization Management of Hormone Therapy and Surgery for the Treatment of Gender Dysphoria, published by the New York State Department of Health, Office of Health Insurance Programs, available at https://www.health.ny.gov/health_care/managed_care/plans/docs/treat_gender_dysphoria.pdf  (last visited Jan. 5, 2026).

 k. Attached as Exhibit 11 is a true and correct copy of the cover page and excerpted pages 174-178 of the Physician Surgery Procedure Codes: eMedNY New York State Medicaid Provider Procedure Code Manual published by the New York State Department of Health, Office of Health Insurance, available at https://www.emedny.org/ProviderManuals/Physician/PDFS/Physician%20Procedure%20Codes%20Sect5.pdf (last visited Jan. 5, 2026).

I declare under penalty of perjury that the foregoing is true and correct and from my own personal knowledge.

Executed on this January 5, 2026, in New York, New York.

*s/Matthew Faiella*
MATTHEW FAIELLA
Special Counsel for LGBTQIA Rights
Office of the New York State Attorney General
28 Liberty St.
New York, NY 10005
Tel (212) 416-8000
matthew.faiella@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served the foregoing DECLARATION OF MATTHEW FAIELLA IN SUPPORT OF PLAINTIFF STATES' MOTION FOR SUMMARY JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Susanne Luse**<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Oregon<br>1000 SW Third Ave. Suite 600<br>Portland, OR 97204<br>   *Counsel for Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-SERVE<br>_X_ E-MAIL<br>(susanne.luse@usdoj.gov) |

    *s/Allie M. Boyd*
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4791
allie.m.boyd@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
lauren.robertson@doj.oregon.gov
kate.e.morrow@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
AB9/bm9/984790637

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791