# EXHIBIT 1

# New York State Medicaid



- [Apply for NYS Medicaid](#)
- [Information For Members](#)
- [Contact NYS Medicaid](#)
- [Medicaid Programs](#)

New York's Medicaid program provides comprehensive health coverage to more than 7.5 million New Yorkers (as of December 2023.) Medicaid pays for a wide-range of services, depending on your age, financial circumstances, family situation, or living arrangements. These services are provided through a large network of health care providers that you can access directly using your Medicaid card or through your managed care plan if you are enrolled in managed care. Some services may have small co-payments, which can be waived if you cannot afford them.

**Use the link below to see which health insurance options are available to you, including if your income qualifies you for NYS Medicaid.**

- [Check Income Eligibility](#)

## New York State Medicaid News

- **February 4, 2025** - Commissioner James McDonald issues ***[Letter to Consumers: CDPAP Facts (PDF)](#)***.
- **January 24, 2025** - *[New York State Department of Health Launches State Medicaid Health Equity Regional Organization (HERO) Initiative](#)*
- **January 17, 2025** - *[New York State Department of Health Announces Progress Following Launch of Statewide CDPAP Transition Efforts](#)*
- **January 16, 2025** - *[Innovation in Behavioral Health (IBH) Model Grant Award (PDF)](#)* - New York State receives the Innovation in Behavioral Health Model grant award from the U.S. Health and Human Services Centers for Medicare and Medicaid Services
- **November 22, 2024** - *[Governor Hochul Expands Health Care Coverage for 800,000 Kids in New York. Waiver Amendment Ensures Children Under Six Have Uninterrupted Coverage in Child Health Plus and Medicaid](#)*

Visit the [Medicaid News](#) page for more NYS Medicaid related news items.

## Contact the New York State Medicaid Helpline

Toll Free: **(800) 541-2831**
Helpline Hours: Mon.-Fri. 8:00AM - 8:00 PM, Sat. 9:00AM - 1:00PM

## Local Department of Social Services

**Your Local Department of Social Services (LDSS) may be able to assist you in obtaining your health insurance coverage and/or provide you with information about other programs and benefits you may qualify. Find the contact information for your LDSS by following the link below.**

- [Find Your Local Department of Social Services](#)

## Children

**Children under the age of 19 may be eligible for [Child Health Plus](#).**

**COVID-19 News and Updates:**

- New York State Public Health Emergency Unwind Dashboard
- Learn How to Renew Your Health Insurance through New York Medicaid, Child Health Plus and the Essential Plan
- Medicaid Coverage through Your Local Department of Social Services during the Coronavirus Emergency
- Medicaid Telehealth Services During the Coronavirus Emergency
- COVID-19 Guidance for Medicaid Providers