# EXHIBIT 2

# NYS Medicaid Enrollment Databook by Month

## Enrollment by County
## November 2025

| | |
|---|---|
| **Total Enrollment** | **6,832,689** |
| NYC Enrollment | 3,904,385   (57.1% of total) |
| Rest of State Enrollment | 2,928,304   (42.9% of total) |

| County | Enrollment | County | Enrollment |
|---|---|---|---|
| ALBANY | 71,153 | NIAGARA | 54,273 |
| ALLEGANY | 12,750 | ONEIDA | 71,027 |
| BRONX | 912,579 | ONONDAGA | 119,178 |
| BROOME | 55,203 | ONTARIO | 22,746 |
| CATTARAUGUS | 21,760 | ORANGE | 129,334 |
| CAYUGA | 19,933 | ORLEANS | 11,230 |
| CHAUTAUQUA | 39,277 | OSWEGO | 33,650 |
| CHEMUNG | 29,870 | OTSEGO | 13,277 |
| CHENANGO | 14,323 | PUTNAM | 17,936 |
| CLINTON | 20,140 | QUEENS | 1,081,202 |
| COLUMBIA | 14,344 | RENSSELAER | 36,208 |
| CORTLAND | 12,031 | RICHMOND (STATEN ISLAND) | 181,564 |
| DELAWARE | 10,345 | ROCKLAND | 155,641 |
| DUTCHESS | 61,648 | SAINT LAWRENCE | 28,920 |
| ERIE | 252,333 | SARATOGA | 36,999 |
| ESSEX | 8,159 | SCHENECTADY | 47,578 |
| FRANKLIN | 15,057 | SCHOHARIE | 7,187 |
| FULTON | 15,045 | SCHUYLER | 3,487 |
| GENESEE | 13,056 | SENECA | 7,915 |
| GREENE | 12,354 | STEUBEN | 26,571 |
| HAMILTON | 719 | SUFFOLK | 366,702 |
| HERKIMER | 16,670 | SULLIVAN | 28,529 |
| JEFFERSON | 29,100 | TIOGA | 12,170 |
| KINGS (BROOKLYN) | 1,272,145 | TOMPKINS | 16,421 |
| LEWIS | 5,202 | ULSTER | 48,764 |
| LIVINGSTON | 11,884 | WARREN | 15,604 |
| MADISON | 16,041 | WASHINGTON | 16,627 |
| MONROE | 200,078 | WAYNE | 21,508 |
| MONTGOMERY | 18,710 | WESTCHESTER | 238,079 |
| NASSAU | 306,562 | WYOMING | 8,920 |
| NEW YORK (MANHATTAN) | 456,895 | YATES | 4,947 |
| | | OTHER | 23,129 |

**Data Last Updated: 12/01/2025**