# EXHIBIT 7

# STATE PLAN UNDER TITLE XIX
# OF THE SOCIAL SECURITY ACT
# MEDICAL ASSISTANCE PROGRAM