# EXHIBIT 8

Health Resources & Services Administration

Find a health center

MENU

## Who We Are

The **Bureau of Primary Health Care (BPHC)** funds nearly 1,400 health centers. They provide affordable, accessible, and high-quality primary health care to underserved communities at over 16,200 sites.

Health centers:

- Are community-based and serves over 32 million people.
- Provide access to medical, dental, behavioral, vision, and other health care services.

Learn more about us

## Featured





### Emergency Information for Health Centers

Emergency preparedness, response, and recovery resources.

### Health Center Program GeoCare Navigator

Conduct research, explore service areas, health centers, and relevant data.

# Explore



### Data & Reporting

Uniform Data System (UDS), research, and quality recognition



### Funding

Find out how we invest in health centers and partners.



### Technical Assistance

Resource clearinghouse, partnerships, and event calendar.



### Focus Areas



### Compliance



Overview of Health Center Program-related initiatives including resources and tools.

Overview of Health Center Program compliance resources and tools.

## About the Health Center Program

Overview of health centers, the impact of the Health Center Program, application and eligibility instructions, and the strategic partnerships that support the Bureau efforts.

# Federal Tort Claims Act (FTCA)-deemed health centers

Use our search tool to find Health Center Program recipients that have been deemed as Public Health Service (PHS) employees.

[Search Deemed Entities](#)



[Return to top](#)

**Sign up for email updates.**   Subscribe



**Find a Health Center**

Enter a city name, ZIP code (such as "20002"), or address.

English | Español

## More About the Program

What is a Health Center

Site Visit Protocols and Guides

FTCA Resources

Statute & Regulations

Contact BPHC

877-464-4772

Accessibility | Disclaimers | Freedom of Information Act | Health and Human Services | No FEAR Act

Privacy Policy | USA.gov | Viewers & Players | Vulnerability Disclosure Policy | WhiteHouse.gov