# EXHIBIT 9



The independent source for health policy research, polling, and news.

# Community Health Center Revenues by Payer Source

Search State Health Facts Data

Timeframe: 2024

### TABLE

| Location | Medicaid | Medicare | Private Insurance | Self-Pay | Federal Section 330 Grants | COVID-19 Related Funding | Other Grants and Contracts |
|---|---|---|---|---|---|---|---|
| Maine | 33% | 17% | 21% | 4% | 15% | 2% | |
| Maryland | 40% | 10% | 21% | 3% | 10% | 1% | 1 |
| Massachusetts | 34% | 11% | 14% | 2% | 7% | 1% | 1 |
| Michigan | 38% | 15% | 15% | 3% | 14% | 1% | |
| Minnesota | 39% | 5% | 5% | 4% | 19% | 0% | 2 |
| Mississippi | 9% | 27% | 21% | 5% | 23% | 4% | |
| Missouri | 51% | 6% | 14% | 3% | 13% | 1% | |
| Montana | 30% | 11% | 15% | 6% | 18% | 1% | |
| Nebraska | 28% | 3% | 21% | 8% | 15% | 1% | 2 |
| Nevada | 33% | 11% | 21% | 3% | 11% | 0% | 1 |
| New Hampshire | 24% | 13% | 23% | 4% | 19% | 2% | 1 |
| New Jersey | 49% | 2% | 5% | 5% | 16% | 2% | 1 |
| New Mexico | 34% | 10% | 9% | 3% | 21% | 2% | 1 |
| New York | 44% | 10% | 11% | 1% | 8% | 1% | 2 |
| North Carolina | 22% | 16% | 25% | 5% | 16% | 2% | |
| North Dakota | 30% | 11% | 19% | 9% | 21% | 1% | |
| Ohio | 45% | 14% | 12% | 3% | 13% | 1% | |
| Oklahoma | 32% | 11% | 25% | 5% | 15% | 1% | |
| Oregon | 61% | 8% | 7% | 1% | 9% | 1% | 1 |
| Pennsylvania | 45% | 12% | 13% | 3% | 13% | 1% | |
| Rhode Island | | | | | | | |

## NOTES

Notes
For purposes of these data, Community Health Centers (CHCs) include Federally-Qualified Health Centers (FQHCs), which meet federal health center requirements and receive federal grants under Section 330 of the Public Health Service Act. Other community health centers known as "look-alikes," which also meet federal health center requirements but do not receive Section 330 grants, are not included. There were 153 look-alikes nationwide as of 2024.

Percentages may not sum to 100% due to rounding.

Sources
KFF analysis of the 2024 Uniform Data System, Tables 9D and 9E. Bureau of Primary Health Care (BPHC), Health Resources and Services Administration (HRSA).

Definitions

**COVID-19 Related Funding**: includes Coronavirus Preparedness and Response Supplemental Appropriations Act (H8C) grants; Coronavirus Aid, Relief, and Economic Security Act (CARES) (H8D) grants; Expanding Capacity for Coronavirus Testing (ECT) (H8E) grants; American Rescue Plan (ARP) (H8F, L2C, C8E) funding; Expanding COVID-19 Vaccination (ECV) funding; Other COVID-19-Related Funding from BPHC; and Provider Relief Fund grants.

**Medicaid**: also includes the Children's Health Insurance Program (CHIP) and other public insurance, such as family planning programs and state-funded coverage programs, which made up 1% of all revenues.

**Private Insurance**: includes employer-sponsored insurance and insurance purchased in the individual market (including the Marketplaces).

**Federal Section 330 Grants**: grants provided by the Health Services Resources Administration, Bureau of Primary Health Care under Section 330 of the Public Health Service Act, including capital development grants.

**Other Grants and Contracts**: includes federal grants other than Section 330 grants, grants from state and local governments and private foundations, payments from state and local indigent care programs, and contracts.

**Other**: includes non-patient related revenue, such as fundraising, interest income, rent from tentants, etc.

**FOOTNOTES**

1. US totals include data from the territories, including American Samoa, Federated States of Micronesia, Guam, Marshall Islands, Northern Mariana Islands, Republic of Palau, U.S. Virgin Islands.

**TOPICS**

State Health Policy and Data    Other Health

**CATEGORIES**

Community Health Centers

KFF    © 2026 KFF