# EXHIBIT 11

# PHYSICIAN
# SURGERY PROCEDURE CODES

eMedNY New York State Medicaid Provider Procedure
Code Manual

# Physician - Surgery
eMedNY > Procedure Codes

dosimeter), prostrate (via needle, any approach, single or multiple
55880    Ablation of malignant prostate tissue, transrectal, with high intensity-focused ultrasound (HIFU), including ultrasound guidance
55899    Unlisted procedure, male genital system
A4648    Tissue marker, implantable, any type, each

## 10.2    REPRODUCTIVE SYSTEM PROCEDURES
55920    Placement of needles or catheters into pelvic organs and/ or genitalia (except prostate) for subsequent interstitial radioelement application

## 11  INTERSEX SURGERY

### 11.1    GENDER REASSIGNMENT SURGERY INFORMATION
Gender reassignment surgery is covered for individuals diagnosed with gender dysphoria who are 18 years of age or older and who have obtained at least two referral letters that, when reviewed in combination, meet the criteria outlined below. For individuals under age 18, coverage is available in specific cases if medical necessity is demonstrated and prior approval is received.
Referral Letters

One letter must be written by a New York State (NYS) licensed psychiatrist, psychologist, psychiatric nurse practitioner or licensed clinical social worker who has an ongoing relationship with the member. The second letter may be written by a NYS licensed psychiatrist, psychologist, physician, psychiatric nurse practitioner or licensed clinical social worker, acting within their scope of practice who has only had an evaluative role with the member. Each referral letter must be signed by the NYS licensed health professional attesting they have independently assessed the member.  These referring health professionals may practice at the same organization. The combination of information in these referral letters must indicate that the member has:
- a persistent and well-documented case of gender dysphoria, and
- received hormone therapy appropriate to the member's gender goals, which shall be for a minimum of 12 months in the case of a member seeking genital surgery, unless such therapy is medically contraindicated or the member is otherwise unable to take hormones, and
- lived for 12 months in a gender role congruent with the member's gender identity, and
- received mental health counseling, as deemed medically necessary by the member's treating NYS licensed health professional, and
- no other significant medical or mental health conditions that would be a contraindication to the surgery, or if so, that those are reasonably well-controlled prior to the surgery, and
- the capacity to make a fully informed decision and to consent to the treatment.

### 11.2    CLAIM SUBMISSION INSTRUCTIONS
### 11.2.1  GENDER REASSIGNMENT PROCEDURES REQUIRING BY REPORT CLAIM SUBMISSION
When performing genital surgery for the purposes of gender reassignment, physicians may bill code 55970 (intersex surgery; male to female) or 55980 (intersex surgery; female to male) or any of the codes listed in the sections to follow. When using codes 55970 or 55980, claims must be

Declaration of Matthew Faiella
Exhibit 11
Page 2 of 6

# Physician - Surgery
eMedNY > Procedure Codes



submitted via paper claim. The physician must include with the paper claim the operation report and copies of the two referral letters from the NYS licensed health practitioners. Practitioners must submit charges on an invoice for review and payment. These procedures do not require prior approval.

55970   Intersex surgery; male to female
        The provider performs many staged procedures to convert male anatomy to female anatomy. The procedures include removing the penis, reshaping genital tissue to appear more female and constructing a vagina.
55980   Intersex surgery; female to male
        The provider performs many staged procedures to convert female anatomy to male anatomy. The procedures can include removing the uterus and ovaries and reshaping genital tissue to appear more male and/or constructing a penis.

### 11.2.2   GENDER REASSIGNMENT PROCEDURES NOT REQUIRING BY REPORT CLAIM SUBMISSION

When performing the following procedures for the purpose of gender reassignment, physicians must obtain and maintain in their records copies of the two referrals letters from the NYS licensed health practitioners. These procedures do not require prior approval or paper claim submission:

19303   Mastectomy, simple, complete
19318:  Reduction mammaplasty (unilateral)
19325:  Breast augmentation with implant
        For male-to-female gender reassignment, augmentation mammaplasty may be considered medically necessary for individuals with a diagnosis of gender dysphoria when:
        - that individual's breast growth has been determined to be negligible by the individual's treating NYS licensed health professional after 24 months of cross-sex hormone therapy, or
        - hormone therapy is medically contraindicated, or
        - the individual is otherwise unable to take hormones.

53410   Urethroplasty, 1-stage reconstruction of male anterior urethra.
53420   Urethroplasty, 2-stage reconstruction or repair of prostatic or membranous urethra.
53430   Urethroplasty, reconstruction of female urethra
54120   Amputation of penis: partial
54125   Amputation of penis; complete
54520   Orchiectomy, simple (including subcapsular), with or without testicular prosthesis, scrotal or inguinal approach
54522   Orchiectomy, partial
54660   Insertion of testicular prosthesis (separate procedure)
55175   Scrotoplasty; simple.
55180   Scrotoplasty; complicated
55899   Metoidioplasty/ Phalloplasty (unlisted procedure, male genital system)
56800   Plastic repair of introitus

Declaration of Matthew Faiella
Exhibit 11
Page 3 of 6

# Physician - Surgery
eMedNY > Procedure Codes



56805   Clitoroplasty for intersex state
57106   Vaginectomy, partial removal of vaginal wall
57110   Vaginectomy, complete removal of vaginal wall

**Additional instructions for billing the hysterectomy codes listed below can be found in the "General Information and Rules" section at the beginning of this manual, including information on the "Hysterectomy Receipt of Information Form."**

58150   Total abdominal hysterectomy (corpus and cervix), with or without removal of tube(s), with or without removal of ovary(s)
58152            with colpo-urethrocystopexy (e.g., Marshall-Machetti-Krantz, Burch)
58180   Supracervical abdominal hysterectomy (subtotal hysterectomy), with or without removal of tube(s), with or without removal of ovary(s)
58260   Vaginal hysterectomy, for uterus 250 grams or less;
58262            with removal of tube(s), and/or ovary(s)
58263            with removal of tube(s), and/or ovary(s), with repair of enterocele
58267            with colpo-urethrocystopexy (Marshall-Marchetti-Krantz Type, Pereyra type, with or without endoscopic control)
58270            with repair of enterocele
58275   Vaginal hysterectomy, with total or partial vaginectomy;
58280            with repair of enterocele
58285   Vaginal hysterectomy, radical (Schauta type operation)
58290   Vaginal hysterectomy, for uterus greater than 250 grams;
58291            with removal of tube(s) and/or ovary(s)
58292            with removal of tube(s) and/or ovary(s), with repair of enterocele
58294            with repair of enterocele
58720   Salpingo-oophorectomy, complete or partial, unilateral or bilateral
58940   Oophorectomy, partial or total, unilateral or bilateral

**11.2.3   GENDER REASSIGNMENT PROCEDURES REQUIRING PRIOR APPROVAL**
When performing the following procedures for purposes of gender reassignment, prior approval is required. As part of the prior approval request, physicians must, at a minimum, submit copies of the two referral letters from the NYS licensed health practitioners recommending the patient for surgery and additional justification of medical necessity for the requested procedure. Additional information about the prior approval process, including instructions for providers, is available in the Physician Prior Approval Guidelines manual, available at:
https://www.emedny.org/ProviderManuals/Physician/PDFS/Physician_PA_Guidelines.pdf.

11950   Subcutaneous injection of filling material (eg, collagen); 1 cc or less
11951            1.1 to 5 cc
11952            5.1 to 10 cc
11954            over 10 cc
15769   Grafting of autologous soft tissue, other, harvested by direct excision (eg, fat, dermis, fascial)

Declaration of Matthew Faiella
Exhibit 11
Page 4 of 6

# Physician - Surgery
eMedNY > Procedure Codes



15771   Grafting of autologous fat, harvested by liposuction technique to trunk, breasts, scalp, arms, and/or legs; 50 cc or less injectate
15772          each additional 50 cc injectate, or part thereof (List separately in addition to code for primary procedure)
15773   Grafting of autologous fat, harvested by liposuction technique to face, eyelids, mouth, neck, ears, orbits, genitalia, hands, and/or feet; 25 cc or less injectate
15774          each additional 25 cc or less injectate, or part thereof (List separately in addition to the code for primary procedure)
15775   Punch graft for hair transplant; 1 to 15 punch grafts
15776          more than 15 punch grafts
15820   Blepharoplasty, lower eyelid;
15821          with extensive herniated fat pad
15822   Blepharoplasty, upper eyelid;
15823          with excessive skin weighting down lid
15824   Rhytidectomy; forehead
15825          neck with platysmal tightening (platysmal flap, P-flap)
15826          glabellar frown lines
15828]         cheek, chin, and neck
15830   Excision, excessive skin and subcutaneous tissue (includes lipectomy); abdomen, infraumbilical panniculectomy
15832          thigh
15833          leg
15834          hip
15835          buttock
15836          arm
15837          forearm or hand
15838          submental fat pad
15839          other area
15847   Excision, excessive skin and subcutaneous tissue (includes lipectomy), abdomen (eg, abdominoplasty) (includes umbilical transposition and fascial plication)
15876   Suction assisted lipectomy; head and neck
15877          trunk
15878          upper extremity
15879          lower extremity
17380          Electrolysis epilation, each 30 minutes
19316   Mastopexy (unilateral)
21120   Genioplasty; augmentation (autograft, allograft, prosthetic material)
21123          sliding, augmentation with interpositional bone grafts (includes obtaining autografts)
21193   Reconstruction of mandibular rami, horizontal, vertical, "C", or "L" osteotomy; without bone graft
21208   Osteoplasty, facial bones; augmentation (autograft, allograft or prosthetic implant)
21209          reduction
21270   Malar augmentation, prosthetic material

Declaration of Matthew Faiella
Exhibit 11
Page 5 of 6

# Physician - Surgery
eMedNY > Procedure Codes



30400   Rhinoplasty, primary; lateral and alar cartilages and/or elevation of nasal tip
30410        complete, external parts including bony pyramid, lateral and alar cartilages, and/or elevation of nasal tip
30420        including major septal repair
30430   Rhinoplasty, secondary; minor revision (small amount of nasal tip work)
30435        intermediate revision (bony work with osteotomies)
30450        major revision (nasal tip work and osteotomies)
30462        tip, septum, osteotomies
30465   Repair of nasal vestibular stenosis (eg, spreader grafting, lateral nasal wall reconstruction)
31599   Unlisted procedure, larynx
40500   Vermilionectomy (lip shave), with mucosal advancement
54400   Insertion of penile prosthesis; non-inflatable (semi-rigid)
54401   Insertion of penile prosthesis; inflatable (self-contained)
54405   Insertion of multi-component, inflatable penile prosthesis, including placement of pump, cylinders, and reservoir
54408   Repair of component(s) of a multi-component, inflatable penile prosthesis
54410   Removal and replacement of all component(s) of a multi-component, inflatable penile prosthesis at the same operative session
54411   Removal and replacement of all components of a multi-component inflatable penile prosthesis through an infected field at the same operative session, including irrigation and debridement of infected tissue
54416   Removal and replacement of non-inflatable (semi-rigid) or inflatable (self-contained) penile prosthesis at the same operative session
54417   Removal and replacement of non-inflatable (semi-rigid) or inflatable (self-contained) penile prosthesis through an infected field at the same operative session, including irrigation and debridement of infected tissue
67900   Repair of brow ptosis (supraciliary, mid-forehead or coronal approach)

## 12  FEMALE GENITAL SERVICES

**12.1    FEMALE GENITAL SYSTEM**
**12.1.1  VULVA, PERINEUM AND INTROITUS**
**12.1.1.1  INCISION**
56405    Incision and drainage of vulva or perineal abscess
56420    Incision and drainage of Bartholin's gland abscess
56440    Marsupialization of Bartholin's gland cyst
56441    Lysis of labial adhesions
56442    Hymenotomy, simple incision

**12.1.1.2  DESTRUCTION**
56501    Destruction of lesion(s), vulva; simple, (laser surgery, electrosurgery, cryosurgery, chemosurgery)

Declaration of Matthew Faiella
Exhibit 11
Page 6 of 6