**DAN RAYFIELD**
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

**SCOTT E. BRADFORD, OSB #062824**
United States Attorney District of Oregon
SUSANNE LUSE, OSB # 142489
Assistant United States Attorney
Susanne.Luse@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2936
Telephone: (503) 727-1000
Facsimile: (503) 727-1117

Attorneys for Defendants

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al, <br><br> Plaintiffs, <br> v. <br> ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al, <br><br> Defendants. | Case No. 6:25-cv-02409-MTK <br><br> JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT |

The parties jointly move under Local Rule 7-1(f) for the following briefing schedule on Plaintiffs' Motion for Summary Judgment:

- Defendants file their response and any cross motion by February 10;

- Plaintiffs file their reply and any responses to Defendants' cross motion by March 3; and

- Defendants reply in support of any cross motion by March 24.

Page 1 -   JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
           AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

The Plaintiff States join this motion in reliance on Defendant United States Department of Health and Human Services ("HHS") (Office of Inspector General) agreement to not issue notices of intent to exclude (42 C.F.R. § 1001.2001) or notices of exclusion (42 C.F.R. § 1001.2002) until the earlier of this Court's decision on the motion for summary judgment or 30 days after the hearing on the motion for summary judgment. Defendants represent that, to date, HHS Office of Inspector General has not issued any notice of intent to exclude or notice of exclusion based on the Kennedy Declaration.

DATED: January 6, 2025

Respectfully submitted,

| | |
|---|---|
| **DAN RAYFIELD**<br>Attorney General<br>State of Oregon | **SCOTT E. BRADFORD, OSB #062824**<br>United States Attorney District of Oregon |
| By: *s/ Allie M. Boyd*<br>ALLIE M. BOYD #163478<br>BRIAN SIMMONDS MARSHALL #196129<br>LAUREN ROBERTSON #124362<br>Senior Assistant Attorneys General<br>KATE E. MORROW #215611<br>YOUNGWOO JOH #164105<br>Assistant Attorneys General<br>Tel (503) 947-4700<br>Fax (503) 947-4791<br>allie.m.boyd@doj.oregon.gov<br>brian.s.marshall@doj.oregon.gov<br>kate.e.morrow@doj.oregon.gov<br>youngwoo.joh@doj.oregon.gov<br>lauren.robertson@doj.oregon.gov | By: *s/ Susanne Luse*<br>SUSANNE LUSE, OSB # 142489<br>Assistant United States Attorney<br>Susanne.Luse@usdoj.gov<br>1000 SW Third Ave., Suite 600<br>Portland, Oregon 97204-2936<br>Telephone: (503) 727-1000<br>Facsimile: (503) 727-1117 |
| *Attorneys for the State of Oregon* | *Attorneys for Defendants* |

Page 2 -    JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
          AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**NICHOLAS W. BROWN**
Attorney General
State of Washington
WILLIAM MCGINTY
CRISTINA SEPE
MARSHA CHIEN
Deputy Solicitors General
LAURYN K. FRAAS
MOLLY POWELL
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Tel (206) 464-7744
william.mcginty@atg.wa.gov
cristina.sepe@atg.wa.gov
marsha.chien@atg.wa.gov
lauryn.fraas@atg.wa.gov
molly.powell@atg.wa.gov

*Attorneys for the State of Washington*

**LETITIA JAMES**
Attorney General
State of New York
MATTHEW FAIELLA
Special Counsel for LGBTQIA Rights
GALEN SHERWIN
Special Counsel for Reproductive Rights
RABIA MUQADDAM
Chief Counsel for Federal Initiatives
TRAVIS W. ENGLAND
Deputy Chief, Civil Rights Bureau
ELIZABETH A. BRODY
Assistant Solicitor General
VICTORIA OCHOA
Assistant Attorney General
28 Liberty St.
New York, NY 10005
Tel (212) 416-8000
matthew.faiella@ag.ny.gov
galen.sherwin@ag.ny.gov
rabia.muqaddam@ag.ny.gov
travis.england@ag.ny.gov
elizabeth.brody1@ag.ny.gov
victoria.ochoa@ag.ny.gov

*Attorneys for the State of New York*

**ROB BONTA**
Attorney General
State of California
CRYSTAL ADAMS
Deputy Attorney General
NELI PALMA
Senior Assistant Attorney General
NIMROD PITSKER ELIAS
Supervising Deputy Attorney General
HILARY BURKE CHAN
Deputy Attorney General
1515 Clay St., Suite 2000
Oakland, CA 94612
Tel (408) 679-7010
crystal.adams@doj.ca.gov
neli.palma@doj.ca.gov
nimrod.elias@doj.ca.gov
hilary.chan@doj.ca.gov

*Attorneys for the State of California*

**PHILIP J. WEISER**
Attorney General
State of Colorado
SARAH H. WEISS, CBA #61914
Senior Assistant Attorney General
MICHAEL D. MCMASTER, CBA #42368
Assistant Solicitor General
Colorado Department of Law
1300 Broadway, #10
Denver, CO 80203
Tel (720) 508-6000
sarah.weiss@coag.gov
michael.mcmaster@coag.gov

*Attorneys for the State of Colorado*

Page 3 -   JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

<div style="columns:2">

**WILLIAM TONG**
Attorney General
State of Connecticut
ALMA NUNLEY
Special Counsel for Reproductive Rights
165 Capitol Ave
Hartford, CT 06106
Tel (860) 808-5020
alma.nunley@ct.gov

*Attorney for the State of Connecticut*

**BRIAN L. SCHWALB**
Attorney General
District of Columbia
SAMANTHA HALL
Assistant Attorney General
Office of the Attorney General for the District of Columbia
400 Sixth Street, N.W.
Washington, D.C. 20001
Tel (202) 788-2081
samantha.hall@dc.gov

*Attorneys for the District of Columbia*

**KATHLEEN JENNINGS**
Attorney General
State of Delaware
IAN R. LISTON
Director of Impact Litigation
VANESSA L. KASSAB
Deputy Attorney General
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801
Tel (302) 683-8899
ian.liston@delaware.gov
vanessa.kassab@delaware.gov

*Attorneys for the State of Delaware*

**ANNE E. LOPEZ**
Attorney General
State of Hawaiʻi
DAVID D. DAY
Special Assistant to the Attorney General
KALIKOʻONĀLANI D. FERNANDES
Solicitor General
425 Queen Street
Honolulu, HI 96813
Tel (808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Attorneys for the State of Hawaiʻi*

</div>

Page 4 -   JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
           AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

<div style="display: flex;">

<div>

**KWAME RAOUL**
Attorney General
State of Illinois
ALEEZA STRUBEL
Complex Litigation Counsel
ELIZABETH B. SCOTT
Assistant Attorney General
ELENA S. METH
Assistant Attorney General
Office of the Illinois Attorney General
115 S. LaSalle St., 35th Floor
Chicago, IL 60603
Tel (773) 914-3046
aleeza.strubel@ilag.gov
elizabeth.scott@ilag.gov
elena.meth@ilag.gov

*Attorneys for the State of Illinois*

**ANTHONY G. BROWN**
Attorney General
State of Maryland
LAUREN GORODETSKY
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, MD 21202
Tel (410) 576-7057
lgorodetsky@oag.maryland.gov

*Attorneys for the State of Maryland*

</div>

<div>

**AARON M. FREY**
Attorney General
State of Maine
KEVIN J. BEAL, Maine Bar No. 7294
Assistant Attorney General
Office of the Attorney General
111 Sewall Street, 6th Floor
6 State House Station
Augusta, ME 04333-0006
Tel (207) 626-8800
kevin.beal@maine.gov

*Attorneys for the State of Maine*

**ANDREA JOY CAMPBELL**
Attorney General
Commonwealth of Massachusetts
ALLYSON SLATER
Director, Reproductive Justice Unit
ADAM M. CAMBIER
JAK KUNDL
CHLOE CABLE
MORGAN CARMEN
Assistant Attorneys General
One Ashburton Place
Boston, MA 02108
Tel (617) 963-2811
allyson.slater@mass.gov
adam.cambier@mass.gov
jak.kundl@mass.gov
chloe.cable@mass.gov
morgan.carmen@mass.gov

*Attorneys for the Commonwealth of Massachusetts*

</div>

</div>

Page 5 -   JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
           AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

**DANA NESSEL**
Attorney General
State of Michigan
NEIL GIOVANATTI
DANIEL PING
Assistant Attorneys General
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI 48909
Tel (517) 335-7603
giovanattin@michigan.gov
pingd@michigan.gov

*Attorneys for the State of Michigan*

**KEITH ELLISON**
Attorney General
State of Minnesota
LINDSEY E. MIDDLECAMP
Special Counsel
445 Minnesota Street, Suite 600
St. Paul, Minnesota, 55101
Tel (651) 300-0711
lindsey.middlecamp@ag.state.mn.us

*Attorneys for the State of Minnesota*

**AARON D. FORD**
Attorney General
State of Nevada
K. BRUNETTI IRELAND
Chief of Special Litigation
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
kireland@ag.nv.gov

*Attorneys for the State of Nevada*

**MATTHEW J. PLATKIN**
Attorney General
State of New Jersey
LAUREN E. VAN DRIESEN
JESSICA L. PALMER
Deputy Attorneys General
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
Tel (609) 696-5279
lauren.vandriesen@law.njoag.gov
jessica.palmer@law.njoag.gov

*Attorneys for the State of New Jersey*

**RAÚL TORREZ**
Attorney General
State of New Mexico
AMY SENIER, MBA# 672912
Senior Counsel
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
Tel (505) 490-4060
asenier@nmdoj.gov

*Attorneys for the State of New Mexico*

**JOSH SHAPIRO in his official capacity as Governor of the Commonwealth of Pennsylvania**
JENNIFER SELBER
General Counsel
AIMEE D. THOMSON
Deputy General Counsel
Pennsylvania Office of the Governor
30 N. 3rd St., Suite 200
Harrisburg, PA 17101
Tel (223) 234-4986
aimeethomson@pa.gov

*Attorneys for Governor Josh Shapiro*

Page 6 -   JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

| | |
|---|---|
| **PETER F. NERONHA**<br>Attorney General<br>State of Rhode Island<br>JULIA C. HARVEY, RI Bar No. 10529<br>Special Assistant Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2103<br>jharvey@riag.ri.gov | **CHARITY R. CLARK**<br>Attorney General<br>State of Vermont<br>JONATHAN T. ROSE<br>Solicitor General<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3171<br>jonathan.rose@vermont.gov |
| *Attorneys for the State of Rhode Island* | *Attorneys for the State of Vermont* |
| **JOSHUA L. KAUL**<br>Attorney General<br>State of Wisconsin<br>JODY J. SCHMELZER<br>Assistant Attorney General<br>17 West Main Street<br>Post Office Box 7857<br>Madison, Wisconsin 53707<br>(608) 266-3094<br>jody.schmelzer@wisdoj.gov | |
| *Attorneys for the State of Wisconsin* | |

Page 7 -   JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT
          AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# CERTIFICATE OF SERVICE

      I certify that on January 6, 2026, I served the foregoing JOINT MOTION TO EXTEND BRIEFING SCHEDULE ON SUMMARY JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Susanne Luse**<br>Assistant United States Attorney<br>U.S. Attorney's Office for the District of Oregon<br>1000 SW Third Ave. Suite 600<br>Portland, OR 97204<br>    *Counsel for Defendants* | ___ HAND DELIVERY<br>___ MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-SERVE<br>_X_ E-MAIL<br>(susanne.luse@usdoj.gov) |

                                     *s/Allie M. Boyd*
                                 ALLIE M. BOYD #163478
                                 BRIAN SIMMONDS MARSHALL #196129
                                 LAUREN ROBERTSON #124362
                                 Senior Assistant Attorneys General
                                 KATE E. MORROW #215611
                                 YOUNGWOO JOH #164105
                                 Assistant Attorneys General
                                 Tel (503) 947-4700
                                 Fax (503) 947-4791
                                 allie.m.boyd@doj.oregon.gov
                                 brian.s.marshall@doj.oregon.gov
                                 lauren.robertson@doj.oregon.gov
                                 kate.e.morrow@doj.oregon.gov
                                 youngwoo.joh@doj.oregon.gov
                                 Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
AB9/bm9/984790637

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791