DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al, <br><br> Plaintiffs, <br> v. <br> ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al, <br><br> Defendants. | Case No. 6:25-cv-02409-MTK <br><br> DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

I, Brian Simmonds Marshall, declare under penalty of perjury as follows:

1. I am employed as an Assistant Attorney General with the Oregon Department of Justice. I represent the State of Oregon in this case.

2. Previously filed in this matter at ECF No. 1-1 is a true and correct copy of a document titled "Declaration of the Secretary of the Department of Health and Human Services Re: Safety, Effectiveness, and Professional Standards of Care for Sex-Rejecting Procedures on

Page 1 -   DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION
           FOR SUMMARY JUDGMENT
           AB9/om1/1009830358
                                    Department of Justice
                                    100 SW Market Street
                                    Portland, OR 97201
                           (971) 673-1880 / Fax: (971) 673-5000

Children and Adolescents," dated December 18, 2025. It was downloaded from the URL: https://www.hhs.gov/sites/default/files/declaration-pediatric-sex-rejecting-procedures.pdf, and the document remains posted at that web address as of January 6, 2026.

       3.      Exhibit 1 to this declaration is a true and correct copy of excerpts from U.S. Department of Health & Human Services, Office of Inspector General, Updated LEIE Database (last updated Nov. 2025). Specifically, this list of six hospitals reflects the only entities with the general provider type "hospital" and a blank field for the individual provider name. For each excluded hospital, the exhibit includes the information in the following columns: BUSNAME, GENERAL, ADDRESS, CITY, STATE, ZIP, EXCLTYPE, and EXCLDATE. The data was downloaded Dec. 30, 2025, from https://oig.hhs.gov/exclusions/downloadables/UPDATED.csv.

       4.      Exhibit 2 to this declaration is a true and correct copy of a December 26, 2025, 11:47 a.m., post on the social media platform "X" by the U.S. Department of Health and Human Services' official account. This post was saved as a PDF from the URL https://x.com/HHSGov/status/2004640322580578440 on January 5, 2026.

       5.      Exhibit 3 to this declaration is a true and correct copy of a December 30, 2025, 1:08 p.m., post on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuarts's official account. This was saved as a PDF from the URL https://x.com/HHSGCMikeStuart/status/2006110061114851333 on January 5, 2026.

       6.      Exhibit 4 to this declaration is a true and correct copy of a January 5, 2026, 3:35 p.m. post on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuarts's official account. This was saved as a PDF from the URL https://x.com/HHSGCMikeStuart/status/2008321502765093348 on January 5, 2026.

       7.      Exhibit 5 to this declaration is a true and correct copy of the cover and pages 80–82 of *Wasted Health Dollars: Evaluation of Professional Standards Review Organizations*: Hearing Before the Subcomm. on Oversight & Investigations of the H. Comm. on Interstate & Foreign Com., 96th Cong. 178 (1980).

Page 2 -   DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION
           FOR SUMMARY JUDGMENT
           AB9/om1/1009830358

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

8.      Exhibit 6 to this declaration is a true and correct copy of an article published January 2, 2026, by the Colorado Sun titled "Children's Hospital Colorado has suspended gender-affirming care for transgender youth amid a new federal investigation", available at URL https://coloradosun.com/2026/01/02/childrens-hospital-colorado-gender-affirming-care-kennedy/.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on January 6, 2026.

>     *s/ Brian Simmonds Marshall*
>     BRIAN SIMMONDS MARSHALL

Page 3 -  DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

AB9/om1/1009830358

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served the foregoing DECLARATION OF BRIAN MARSHALL IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Susanne Luse** | ___ HAND DELIVERY |
| Assistant United States Attorney | ___ MAIL DELIVERY |
| U.S. Attorney's Office for the District of Oregon | ___ OVERNIGHT MAIL |
| 1000 SW Third Ave. Suite 600 | ___ TELECOPY (FAX) |
| Portland, OR 97204 | ___ E-SERVE |
| *Counsel for Defendants* | _X_ E-MAIL |
| | (susanne.luse@usdoj.gov) |

       *s/ Brian Simmonds Marshall*
       ALLIE M. BOYD #163478
       BRIAN SIMMONDS MARSHALL #196129
       LAUREN ROBERTSON #124362
       Senior Assistant Attorneys General
       KATE E. MORROW #215611
       YOUNGWOO JOH #164105
       Assistant Attorneys General
       Tel (503) 947-4700
       Fax (503) 947-4791
       allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov
       Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
          AB9/bm9/984790637

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791