# EXHIBIT 1

| BUSNAME | GENERAL | ADDRESS | CITY | STATE | ZIP | EXCLTYPE | EXCLDATE |
|---|---|---|---|---|---|---|---|
| ALONDRA COMMUNITY HOSPITAL | HOSPITAL | 9246 E ALONDRA BLVD | BELLFLOWER | CA | 90601 | 1128b6 | 19790306 |
| COLUMBIA MANAGEMENT COS, INC | HOSPITAL | ONE PARK PLAZA | NASHVILLE | TN | 37203 | 1128a1 | 20010701 |
| JEWISH MEMORIAL HOSPITAL | HOSPITAL | BROADWAY AND 196TH ST | NEW YORK | NY | 10040 | 1160 | 19830705 |
| RECOVERY MANAGEMENT CORP III | HOSPITAL | 17579 WARWICK BOULEVA | NEWPORT NEWS | VA | 23603 | 1128a1 | 19950511 |
| SAUGUS GENERAL HOSPITAL | HOSPITAL | 81 CHESTNUT STREET | SAUGUS | MA | 1906 | 1128b7 | 19800812 |
| SOUTH BEACH COMMUNITY HOSPITA | HOSPITAL | 630 ALTON RD | MIAMI BEACH | FL | 33139 | BRCH CIA | 20060410 |