# EXHIBIT 2

← Post

**HHS** ✓
@HHSGov

.@HHSGCMikeStuart today referred Seattle Children's Hospital to @OIGatHHS for failure to meet professional recognized standards of health care as according to Secretary Kennedy's declaration that sex-rejecting procedures for children and
adolescents are neither safe nor effective as a treatment modality for gender dysphoria, gender incongruence, or other related disorders in minors.

11:47 AM · Dec 26, 2025 · **45.6K** Views

💬 52    🔁 199    ♡ 815    🔖 25    ↗

Read 52 replies

**New to X?**
Sign up now to get your own personalized timeline!

[G] Sign up with Google

[] Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Sports · Trending
**Mikal**
1,514 posts

Sports · Trending
**Kairi**
4,936 posts

Trending in United States
**Tilly**
1,533 posts

Trending in United States
**Lunar Owls**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More··· | © 2026 X Corp.

Don't miss what's happening    Log in    Sign up
People on X are the first to know.

Exhibit 2, Page 1 of 2



### New to X?

Sign up now to get your own personalized timeline!



Sign up with Google

Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### What's happening

Sports · Trending
**Mikal**
1,514 posts

Sports · Trending
**Kairi**
4,936 posts

Trending in United States
**Tilly**
1,533 posts

Trending in United States
**Lunar Owls**

Show more

Terms of Service | Privacy Policy | Cookie Policy
Accessibility | Ads info | More ··· | © 2026 X Corp.



**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up

Exhibit 2, Page 2 of 2