# EXHIBIT 4

## Post

**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

Another day, another sad referral. When I say we will protect children, well, that's exactly what I mean.

Today, I referred for investigation to @OIGatHHS another hospital- Children's Minnesota including its Gender Health program- for failure to meet recognized standards of health care. According to claims data, the hospital has billed extensively for hormone therapy.

The HHS @SecKennedy declaration made clear that sex-rejecting procedures for children and
adolescents are neither safe nor effective. @HHSOGC and @HHSGov will continue to take all necessary action to protect children all across the nation.

3:35 PM · Jan 5, 2026 · **20.4K** Views

6    ⟲ 22    ♡ 137    🔖 4

Read 6 replies

**New to X?**
Sign up now to get your own personalized timeline!

Sign up with Google
Sign up with Apple
Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

Sports · Trending
Nick Nurse

Sports · Trending
Illinois State
Trending with #FCSChampionship, Montana State
18.9K posts

Sports · Trending
FCS Football
1,182 posts

Sports · Trending
Je'Von
8,001 posts

Show more

Terms of Service | Privacy Policy |
Cookie Policy | Accessibility | Ads info |
More ···    © 2026 X Corp.

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up