# EXHIBIT 5

# WASTED HEALTH DOLLARS: EVALUATION OF PROFESSIONAL STANDARDS REVIEW ORGANIZATIONS

# HEARING

BEFORE THE

## SUBCOMMITTEE ON OVERSIGHT AND INVESTIGATIONS

OF THE

## COMMITTEE ON INTERSTATE AND FOREIGN COMMERCE HOUSE OF REPRESENTATIVES

NINETY-SIXTH CONGRESS

SECOND SESSION

JULY 31, 1980

## Serial No. 96-178

Printed for the use of the
Committee on Interstate and Foreign Commerce



U.S. GOVERNMENT PRINTING OFFICE
67-380 O          WASHINGTON : 1980

80

1979 JAN -2 PM 2: 37

PSRO
AREA 23          DEC 20 1978

Mr. James Oudin
Administrator
Alondra Community Hospital
9246 East Alondra Boulevard
Bellflower, California 90706

Dear Mr. Oudin:

Based upon information provided by the California Statewide Professional Standards Review Council, HCFA intends to terminate the Medicare provider agreement of the Alondra Community Hospital. The authority for this action is contained in Section 1856(b)(2)(F) of Title XVIII of the Social Security Act.

This termination is based on evidence, supplied to us by the PSRO, which indicates that the Alondra Community Hospital has furnished services which have been determined to be of a quality that fails to meet professionally recognized standards of health care, including:

1. gross and flagrant deviations from professionally recognized standards of quality of care;

2. repeated failures of documentation to support medical necessity and quality;

3. repeated instances of lack of care by physicians; and,

4. continual conflict between the admission diagnosis and the subsequent treatment rendered.

As provided for under 42 CFR 405.315a(3)(c), you may submit, within 30 days from the date of this letter, any written statement (including any pertinent evidence) as to why termination of your provider agreement should not be put into effect. Further, you may request, in writing, to appear in person before a representative of the Health Care Financing Administration to examine and question the evidence and to present and cross-examine witnesses. You may be represented by either counsel or other qualified representative during such an appearance.

If you do not submit the aforementioned information or request an appearance within 30 days from the date of this letter, the termination of the Medicare provider agreement of the Alondra Community Hospital will take effect.

If you do submit additional information, either in writing or through an appearance, after review of that information, you will receive a written decision. You will be advised, at that time, of the date of termination and your appeal rights if the decision is to terminate.

Once the provider agreement is terminated, however, there will be no further Federal Financial Participation in the programs provided for under Title V and XIX of the Social Security Act. I am referring a copy of this notice to the Office of Child Health Affairs (Title V) and the Medicaid Bureau (Title XIX).

A request for a hearing of submission of information as provided for above should be addressed to the Health Care Financing Administration, Office of Program Integrity, Room 501 East High Rise, 6401 Security Boulevard, Baltimore, Maryland 21235. Questions pertaining to this proposed termination should be directed to Mr. Roy Nilsson, San Francisco Regional Office, Office of Program Integrity, 100 Van Ness Avenue, 12th Floor, San Francisco, California 94102. Mr. Nilsson can be reached by telephone at (415) 556-0034.

Sincerely yours,

/s/ Leonard D. Schaeffer

Leonard D. Schaeffer
Administrator

cc:
Office of Child Health Affairs
Medicaid Bureau, Washington, D.C.
Health Standards and Quality Bureau, Rockville, MD
Medicare Bureau, Baltimore, MD
San Francisco Regional Office:
  Health Standards and Quality Bureau
  HCFA Regional Administrator
  Office of Program Integrity
✓ Medicare, Medicaid

### Hospital's License Suspended

The state Department of Health has issued a temporary suspension order calling for a halt to all activities of the Alondra Community Hospital, a 28-bed acute care facility in Bellflower.

In the 109-page accusation suspending the license and MediCal provider of the facility, the hospital was charged with substandard medical and nursing care; totally inadequate record-keeping and improper Medi-Cal billing practices.

At the time the order was served, state and county personnel were on hand to assist the facility in assessing patient needs for transfer.

The action was prepared by Deputy Attorneys General James R. Lahana and M. Gayle Askren.

### Hospital in Bellflower shut down

By Dorothy Korber
Staff Writer

Los Angeles County health officials closed Alondra Community Hospital in Bellflower Friday after suspending the license of the 28-bed facility for alleged violations of state regulations.

Ralph Lopez, chief of the county's Health Facilities Division, said he is asking the state to revoke the license permanently. His staff documented the inch-thick accusation filed Friday with the state Office of Administrative Hearings in Sacramento.

The hospital, located at 9246 E. Alondra Blvd., has also been suspended from participation in Medi-Cal.

Lopez said the closing of the hospital is only the second such action in the last 10 years.

"When it gets this serious, you must literally close down the facility," Lopez said. "We allege that 77 sections of Title 22 of the California Administrative Code were violated. That includes a number of areas of concern.

"Among other things, we found that there was an insufficient number of nurses. We found medications were not being administered in the frequency or even the dosage prescribed by physicians. We found that infection control procedures were not being implemented."

The accusation also states that the hospital's care of Medi-Cal patients was below standard, that patients were admitted on an emergency basis when no emergency existed, that patients were admitted when no

(Turn to Page C-2, Col. 4)

### Hospital shut
(Continued from Page C-1)

hospitalization was required, and that false and fraudulent Medi-Cal claims were submitted.

No hospital spokesmen would comment on the situation.

Lopez said there were 18 patients in the facility when the license suspension was served at 9:30 a.m. Friday. Ten of these patients were admitted to other nearby hospitals; the other eight were discharged.

Lopez explained that a hearing date on the permanent revocation will be set within the next 30 days.

"A series of things led us to suspend Alondra's license," he said. "First there was our own review and monitoring, but what brought it to a head were the concerns of the Medi-Cal people."

He said his office studied the situation intensively for a month before asking the attorney general's office to close the hospital.

"The thing that is difficult for us is that you can't go back and pick up evidence after you've suspended the license, so your case must be complete," he said. "Meanwhile, you have to act quickly because people's health is at stake.

"We determined that 77 sections of the California Administrative Code were violated, and that's just my evidence — what my people would swear to. It doesn't even include the Medi-Cal evidence."