# EXHIBIT 6





NEWS: HEALTH

# Children's Hospital Colorado has suspended gender-affirming care for transgender youth amid a new federal investigation

The U.S. Department of Health and Human Services has referred the hospital for investigation by the agency's Office of the Inspector General

John Ingold  12:48 PM MST on Jan 2, 2026   Share

Original Reporting | The Trust Project



Children's Hospital Colorado in Aurora. (Provided by Children's Hospital)

Children's Hospital Colorado has again paused gender-affirming

care for transgender people under the age of 18, after federal authorities opened a new investigation into the hospital.

The hospital confirmed the suspension Friday. It means that the hospital's providers will not write new prescriptions or authorize the renewal of existing prescriptions for young patients related to gender-affirming care.

The pause does not apply to any patients age 18 or older. All patients will also continue to be able to receive behavioral health care and what the hospital called "supportive services." Children's has never provided gender-affirming surgeries to patients under 18.

"We recognize the anxiety and grief that this continued uncertainty around access to gender affirming care creates for those who have shown unwavering dedication and commitment to supporting children in embracing their true selves," the hospital wrote in a note to patients receiving care through the TRUE Center for Gender Diversity. "We continue to believe that all families, including the families of transgender children, should have the ability to seek and receive the expert medical care their child needs to thrive."

**Event: The 2026 Legislative Preview**

Join The Sun's politics team, Gov. Jared Polis and more state lawmakers Jan. 8 at the University of Denver for a discussion looking ahead to the new year in Colorado politics.

**RSVP TODAY**

A second Colorado hospital, Denver Health, also announced Friday that it has suspended gender-affirming care for transgender youth, including hormone and puberty-blocking therapies. Like Children's, Denver Health does not provide gender-affirming surgeries to patients under 18.

"These changes, which are made necessary by the actions of HHS, substantially affect access to critical health services," Denver Health said in a statement, referring to the U.S. Department of Health and Human Services. "We also are concerned that the important relationships built between our providers and patients to help make informed decisions about their care are being disrupted."

Both hospitals have faced a series of federal challenges to gender-affirming care during the second administration of President Donald Trump. They first suspended gender-affirming care early last year, after an order by Trump threatened to pull federal funding from hospitals that provide the care to kids. When a federal judge blocked that order, Children's and Denver Health resumed their care.

Children's is also fighting in court to block a subpoena seeking patient medical records, personnel files and huge amounts of internal and external communication related to gender-affirming care.





The exterior of Children's Hospital Colorado in Aurora, photographed on Oct. 18, 2019. (John Ingold, The Colorado Sun)

The new challenge comes after health secretary Robert F. Kennedy Jr. issued a declaration stating that gender-affirming treatments for youth "are neither safe nor effective as a treatment modality for gender dysphoria, gender incongruence, or other related disorders in minors." This contrasts with support for gender-affirming care by the American Academy of Pediatrics and the American Medical Association.

Based on that declaration, Kennedy proposed a new rule that would block hospitals that provide such care from receiving any payment — for any services to any patients — from Medicaid or Medicare. Children's sees more than 900,000 patient visits per year, spread across inpatient, outpatient and emergency care. About half of Children's patients are covered by Medicaid, meaning that losing access to the program would cost the hospital hundreds of millions of dollars per year in revenue.

Colorado has joined 18 other states in suing to block the declaration.

"Secretary Kennedy cannot unilaterally change medical standards by posting a document online, and no one should lose access to medically necessary health care because their federal government tried to interfere in decisions that belong in doctors' offices," New York Attorney General Letitia James, who is leading the lawsuit, said in a statement last week.

In addition, the top attorney for the U.S. Department of Health and Human Services, Mike Stuart, announced last week on X that he had referred Children's to the agency's Office of the Inspector General for investigation.

**EDITOR'S PICKS**



**14 things that will make headlines in Colorado in 2026**



**ICE arrested more than 3,500 people in Colorado in 2025 — including babies and the elderly**



**"STFD": Concerned Colorado Springs residents want to curb speeding and traffic deaths. They're not alone.**

In his post on X, Stuart cited Kennedy's "declaration that sex-rejecting procedures for children and adolescents are neither safe nor effective" as reason for the referral.

reason for the referral.



"Sadly, it may not be the last referral," Stuart, a Trump appointee, said, adding that his office "will always take every possible action to ensure children all across the nation are safe and protected."



The investigation also could result in Children's losing Medicaid and Medicare funding. At least one other hospital, Seattle Children's Hospital, has also been referred for investigation.

In a statement to The Sun, Children's said it decided to suspend gender-affirming care for youth due to the threatened impact of the HHS investigation and the overall declaration.

"This referral threatens Children's Colorado's Medicare and Medicaid funding, risking care for hundreds of thousands of children," the hospital wrote.

Children's said the suspension would remain in place "while we await federal court rulings and assess the rapidly evolving legal landscape."

---

**Type of Story: News**
Based on facts, either observed and verified directly by the reporter, or reported and verified from knowledgeable sources.

---

**Tagged:**  Children's Hospital Colorado, gender affirming care, Robert F. Kennedy Jr., transgender, Trump administration

 **John Ingold**  Health Reporter



johningold@coloradosun.com

John Ingold is a co-founder of The Colorado Sun and a reporter currently specializing in health care coverage. Born and raised in Colorado Springs, John spent 18 years working at The Denver Post. Prior to that, he held internships at... More by John Ingold



# THE COLORADO SUN

The Colorado Sun is an award-winning news outlet based in Denver that strives to cover all of Colorado so that our state — our community — can better understand itself. The Colorado Sun is a 501(c)(3) nonprofit organization. EIN: 36-5082144

**Donate**



(720) 263-2338

Got a story tip? Drop us a note at tips@coloradosun.com

| Follow The Sun | Topics | Info |
|---|---|---|
| Donate | Business | About Us |
| Contact Us | Crime and Courts | Editorial Standards and Policies |
| Sponsorship | Education | |
| Newsletters | Energy | Ethics Policy |
| Events | Environment | Corrections |
| Podcast | Health | DEI Commitment |
| | Housing | How We're Funded |
| | Outdoors | Jobs |
| | Opinion | Support FAQs |
| | Politics | Store |
| | SunLit | RSS |
| | View All | |



© 2026 The Colorado Sun    Powered by Newspack    Privacy Policy