DAN RAYFIELD
Attorney General
ALLIE M. BOYD  #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for the State of Oregon

[Additional counsel to appear on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al,<br><br>       Plaintiffs,<br>  v.<br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al,<br><br>       Defendants. | Case No. 6:25-cv-02409-MTK<br><br>INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT |

Page 1 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
           SUMMARY JUDGMENT
           AB9/om1/984790628
                                        Department of Justice
                                        100 SW Market Street
                                        Portland, OR 97201
                                (971) 673-1880 / Fax: (971) 673-5000

| ECF No. | Name | State |
|---|---|---|
| 33 | Declaration of Emma Sandoe | OR |
| 34 | Declaration of Dr. Judy Zerzan-Thul | WA |
| 35 | Declaration of Jane Beyer | WA |
| 36 | Declaration of Kyle S. Karinen | WA |
| 37 | Declaration of Trinity Wilson | WA |
| 38 | Declaration of Matthew Faiella | NY |
| 39 | Declaration of Daniel Southard | CA |
| 40 | Declaration of Adela Flores-Brennan | CO |
| 41 | Declaration of William Halsey | CT |
| 42 | Declaration of Andrew Wilson | DE |
| 44 | Declaration of Samantha Hall | DC |
| 45 | Declaration of Meredith R. Nichols | HI |
| 46 | Declaration of Laura Phelan | IL |
| 47 | Declaration of Michelle Probert | ME |
| 48 | Declaration of Perrie T. Briskin | MD |
| 49 | Declaration of Joanne Marqusee | MA |
| 50 | Declaration of Meghan Groen | MI |
| 51 | Declaration of John Connolly | MN |
| 52 | Declaration of K. Brunetti Ireland | NV |
| 53 | Declaration of Sarah Adelman | NJ |
| 54 | Declaration of Alanna Dancis | NM |
| 55 | Declaration of Sally A. Kozak | PA |
| 56 | Declaration of Kristin Sousa | RI |
| 57 | Declaration of Jill Mazza Olson | VT |

Page 2 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR
           SUMMARY JUDGMENT
AB9/om1/984790628
                        Department of Justice
                        100 SW Market Street
                        Portland, OR 97201
                    (971) 673-1880 / Fax: (971) 673-5000

| ECF No. | Name | State |
|---|---|---|
| 58 | Declaration of Debra Standridge | WI |
| 59 | Declaration of Brian Marshall | OR |

DATED January 6, 2026.

        Respectfully submitted,

        DAN RAYFIELD
        Attorney General


        *s/ Allie M. Boyd*
        ALLIE M. BOYD #163478
        BRIAN SIMMONDS MARSHALL #196129
        LAUREN ROBERTSON #124362
        Senior Assistant Attorneys General
        KATE E. MORROW #215611
        YOUNGWOO JOH #164105
        Assistant Attorneys General
        Tel (503) 947-4700
        Fax (503) 947-4791
        allie.m.boyd@doj.oregon.gov
        brian.s.marshall@doj.oregon.gov
        lauren.robertson@doj.oregon.gov
        kate.e.morrow@doj.oregon.gov
        youngwoo.joh@doj.oregon.gov
        Of Attorneys for Plaintiff State of Oregon

Page 3 -   INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AB9/om1/984790628

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served the foregoing INDEX OF DECLARATIONS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **Susanne Luse** <br> Assistant United States Attorney <br> U.S. Attorney's Office for the District of Oregon <br> 1000 SW Third Ave. Suite 600 <br> Portland, OR 97204 <br> *Counsel for Defendants* | ___ HAND DELIVERY <br> ___ MAIL DELIVERY <br> ___ OVERNIGHT MAIL <br> ___ TELECOPY (FAX) <br> ___ E-SERVE <br> _X_ E-MAIL <br> (susanne.luse@usdoj.gov) |

       *s/Allie M. Boyd*
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Tel (503) 947-4700
Fax (503) 947-4791
allie.m.boyd@doj.oregon.gov
brian.s.marshall@doj.oregon.gov
lauren.robertson@doj.oregon.gov
kate.e.morrow@doj.oregon.gov
youngwoo.joh@doj.oregon.gov
Of Attorneys for Plaintiff State of Oregon

Page 1 -   CERTIFICATE OF SERVICE
AB9/bm9/984790637

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791