DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for State of Oregon

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al.,<br><br>              Defendants. | No. 6:25-cv-02409-MTK<br><br>SUPPLEMENTAL DECLARATION OF ADELA FLORES-BRENNAN |

## SUPPLEMENTAL DECLARATION OF ADELA FLORES-BRENNAN

I, Adela Flores-Brennan, declare as follows:

1.  I am over 18 years of age, competent to testify, and make this declaration based on my personal knowledge.

2.  I am the Medicaid Director for the Colorado Department of Health Care Policy and Financing (HCPF). This declaration incorporates and supplements my declaration dated December 29, 2025, submitted as ECF # 40.

**Children's Hospital Colorado**

3.  I am aware that on December 30, 2025, the official Department of Health and Human Services (HHS) X account posted to the social media platform X an announcement that HHS General Counsel Mike Stuart referred Children's Hospital Colorado (CHCO) to the HHS Office of Inspector General "for failure to meet recognized standards of health care per the @HHSGov @SecKennedy declaration that sex-rejecting procedures for children and adolescents are neither safe nor effective …."

4.  CHCO is the premier children's hospital in Colorado and the Rocky Mountain Region for pediatric services. It is recognized as one of the top ten children's hospitals in the country for cardiology and heart surgery, diabetes and endocrinology, pulmonology and lung surgery, cancer treatment, and in treating gastroenterology and gastronomic issues. CHCO provides comprehensive pediatric care in Colorado at its hospital on Anschutz Medical Campus and at several locations throughout the region. It is 100% dedicated to caring for kids at all ages and stages of growth, with more than 3,000 pediatric specialists and more than 8,000 full-time employees helping to carry out CHCO's mission. CHCO is the only dedicated Level 1 trauma center in the region, handling the most challenging emergencies, and CHCO offers emergency

1

SUPPLEMENTAL DECLARATION
OF ADELA FLORES-BRENNAN

and urgent care at multiple locations, as well as numerous specialty care centers and clinics. It is also at the forefront of research in childhood disease with several nationally and internationally recognized medical and surgical programs. Together, with its partners, CHCO is responsible for virtually all of the pediatric research published in the Rocky Mountain region for at least a decade. Further, CHCO provides treatment to many Medicaid members who are following specific existing treatment pathways, such as treatment for cancer or neurological disorders. The timing of much of the care that CHCO provides is critical to the growth and development of children and youth with special health care needs such as autism spectrum disorder, cerebral palsy, type I diabetes, and heart disease.

5. As one specific example, CHCO is the only hospital in Colorado approved to provide pediatric organ transplants. If a child on Medicaid needed an organ transplant, and CHCO were excluded from that program, there would be no provider in Colorado capable of providing them with this medically necessary care.

6. In state fiscal year 2025, CHCO served 6,367 Medicaid members in an inpatient setting and received over $162 million in reimbursement for those members demonstrating the critical role they play in serving Colorado's pediatric population. CHCO served 113,346 Medicaid members in outpatient settings throughout Colorado, receiving over $175 million in reimbursement. In state fiscal year 2025, CHCO saw 114,373 unique Medicaid members total.

7. Colorado's Medicaid program (HCPF) relies on CHCO to provide this important care and would likely be unable to provide it in a timely way if CHCO were no longer able to care for Medicaid members. Federal law, including Early and Periodic Screening, Diagnostic, and Treatment, requires that HCPF provide for timely treatment of members age 21 and younger. If CHCO were unable to provide care to Medicaid members, HCPF's ability to comply with

these laws would be jeopardized. HCPF would likely need to send members out of state for necessary care, resulting in high transportation costs and out-of-state hospital rates. Moreover, necessary and critical care would likely be delayed since CHCO is a regional medical facility. If access to it were lost, there is no other facility or group of facilities that could take its place.

8. Moreover, Colorado's Medicaid provider network relies on CHCO for other purposes. CHCO works with the University of Colorado School of Medicine to offer pediatric medical training programs including advanced practice student, medical student, residency, and fellowship programs, and internships. The training programs send medical providers to staff hospitals and clinics throughout the state of Colorado providing specialized pediatric care that would otherwise be unavailable. If CHCO were unable to continue operating and providing care to Medicaid members, it would undermine the state's pediatric healthcare system.

9. If CHCO is lost as a Medicaid provider, some of Colorado's most complex patients who are children and youth suffering a myriad of complex conditions will have no other access to the treatment they need. It would not be possible for Colorado to cover all of the care that CHCO provides to Medicaid members using state only funds.

**Denver Health**

10. I am aware that in response to the "Declaration of the Secretary of the Department of Health and Human Services Re: Safety, Effectiveness, and Professional Standards of Care for Sex-Rejecting Procedures on Children and Adolescents," as well as to the various posts on the official HHS X account announcing that HHS General Counsel Mike Stuart has referred a number of hospitals and institutions to the Office of Inspector General "for failure to meet professional recognized standards of health care," Denver Health made the decision in early January 2026 to suspend gender affirming care to youth.

3

11. Denver Health is Colorado's primary safety-net health system having been in operation since 1860. As a comprehensive, integrated health system, Denver Health provides hospital and emergency care to its patients and promotes continuity of care, assuring that health care is delivered in the most efficient, cost-effective setting. Denver Health cares for nearly 25% of Denver's population annually, delivering one in three babies in the Denver-area, and providing care to particularly vulnerable populations like people experiencing poverty, uninsured, pregnant teens, substance use issues, victims of violence and the unhoused population. Denver Health is nationally recognized for their high-quality Emergency and Clinical Care, Diabetes, Maternity, and Primary Care, Paramedic Services, and Nursing Staff.

12. In state fiscal year 2025, Denver Health served 10,748 Medicaid members in an inpatient setting and received over $104 million in reimbursement for those services. Denver Health served 112,046 Medicaid members in outpatient settings throughout the Denver Metro Area and Winter Park, receiving over $182 million in reimbursement demonstrating the critical role they play in serving Colorado's population. In state fiscal year 2025, Denver Health saw 112,183 unique Medicaid members total.

13. HCPF relies on Denver Health to provide this care and would likely be unable to provide it in a timely way if Denver Health were no longer able to care for Medicaid members. Federal law, including Early and Periodic Screening, Diagnostic, and Treatment, requires that HCPF provide for timely treatment of adult members, as well as members age 21 and younger. If Denver Health were unable to provide care to Medicaid members, HCPF's ability to comply with these laws would be jeopardized. HCPF would likely need to send members out of state for necessary care, resulting in high transportation costs. Moreover, necessary and critical care would likely be delayed since Denver Health is a regional medical facility and the only Level I

4

Trauma Center in the City and County of Denver. If access to it were lost, there is no other facility or group of facilities that could take its place.

14. Moreover, Colorado's Medicaid provider network relies on Denver Health for other purposes. Denver Health is part of Denver Health and Hospital Authority (DHHA). DHHA is an integrated health care system which includes the hospital and several other pieces that are dependent upon the hospital. DHHA runs: Denver Health Medical Plan, a nonprofit health insurance plan; Rocky Mountain Poison and Drug Center, which handles more than 40,000 calls related to poisoning emergencies each year; Denver Health Paramedic Division, which provides 911 Advanced Life Support, Emergency Medical Services and ambulance transportation to the City and County of Denver, Denver International Airport, as well as several surrounding cities and counties; EMS Education Department which trains paramedics, EMTs, and first responders; Public Health Institute at Denver Health, which works with the Denver Department of Public Health and Environment to oversee medical investigations and disease control; Correctional Care Medical Facility, providing inpatient and outpatient care for justice involved populations through a guarded and locked unit within the hospital; Winter Park Medical Center, which provides emergency, urgent care, sports medicine and primary care at the base of Winter Park Resort; a hospital-based Federally Qualified Health Center, which is the 8th largest in the country by patient volume; and 19 School Based Health Centers, which provide healthcare access to the nearly 90,000 children in the Denver Public School system. If Denver Health were unable to continue operating and providing care to Medicaid members, it would undermine the state's healthcare system and the Denver Metro area's emergency response system.

15. If Denver Health is lost as a Medicaid provider, some of Colorado's most vulnerable and disenfranchised patients suffering from multifaceted healthcare challenges will

5

have no other access to the treatment they need. It would not be possible for Colorado to cover all of the care that Denver Health provides to Medicaid members using state only funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23rd day of February, 2026.

_____
Adela Flores-Brennan

SUPPLEMENTAL DECLARATION
OF ADELA FLORES-BRENNAN