DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for State of Oregon

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | No. 6:25-cv-02409-MTK |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF LAURA PHELAN |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al., | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF LAURA PHELAN

I, Laura Phelan, declare as follows:

1. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based either on personal knowledge, in consultation with agency staff, or from information that has been provided to and reviewed by me.

2. I am the Administrator of the Division of Medical Programs at the Illinois Department of Healthcare and Family Services ("HFS"). I am the designated State Medicaid Director for the Illinois State Medicaid program and the Illinois Children's Health Insurance Program ("CHIP").

3. HFS is the single designated state agency responsible for administering Illinois's Medical Assistance Program, which includes Illinois's Medicaid program and CHIP. HFS's mission is to improve access to quality healthcare for the individuals enrolled in its programs, while simultaneously containing costs and maintaining program integrity.

4. HFS is aware that the federal government has threatened to exclude certain healthcare providers and entities from participating in federal healthcare programs, including Medicaid. The Illinois Medical Assistance Program relies on Ann & Robert H. Lurie Children's Hospital of Chicago ("Lurie Children's") to provide care to children covered by Medicaid and would be impacted if the federal government excluded Lurie Children's from participation in Medicaid.

5. Specifically, Lurie Children's is a leading pediatric Medicaid provider in the state, and in state fiscal year 2025, it served 89,178 Medical Assistance Program clients. The Illinois Medical Assistance Program would likely be unable to provide this same level of care in a timely manner if Lurie Children's were no longer able to care for Medicaid clients, and some of Illinois's

1

children and youth suffering a myriad of complex conditions may have no other access to the treatment they need.

6. Further, it would not be possible for Illinois to cover all the care that Lurie Children's provides to Medicaid clients using state only funds. In state fiscal year 2025 alone, Illinois paid over $386 million for the provision of care to Medical Assistance Program clients at Lurie Children's. Illinois requested federal reimbursement for over half of that amount.

7. These harms are compounded by the fact that, under 42 C.F.R. Part 438, the federal government requires states participating in Medicaid to maintain a network of providers that is sufficient in number, mix, and geographic distribution to meet the needs of the anticipated number of enrollees in the service area. Lurie Children's provides vital services in several specialty areas, some of which may not be available from other providers in the state. To the extent the federal government is threatening to exclude Lurie Children's from the Illinois Medical Assistance Program's provider network, it could also threaten to undermine the state's efforts to meet these federal requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 20th day of February, 2026.

*Laura Phelan*
Laura Phelan

SUPPLEMENTAL DECLARATION
OF LAURA PHELAN