DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for State of Oregon

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>               Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al.,<br><br>               Defendants. | No. 6:25-cv-02409-MTK<br><br>SUPPLEMENTAL DECLARATION OF JOANNE MARQUSEE |

# DECLARATION OF JOANNE MARQUSEE

I, Joanne Marqusee, declare as follows:

1. I am over 18 years of age, competent to testify, and make this declaration based on my personal knowledge.

## Personal and Agency Background

2. I am the Assistant Secretary of the Massachusetts Executive Office of Health and Human Services (EOHHS). I have held this position since March 2023. I make this declaration as a representative of EOHHS, in part based on the business records of the Commonwealth of Massachusetts, in part based on publicly available information that I have reviewed, and in part based on my personal experience and knowledge. In my official capacity and based on my personal experience and knowledge, I am familiar with the facts and circumstances set forth herein and, if required to testify about them, would and could competently do so.

3. Prior to my current position at EOHHS, I spent 30 years in several community hospitals and academic medical centers in progressively more senior roles, including 17 years at Beth Israel Deaconess Medical Center, 5 years as a Chief Operating Officer of the Hallmark Health System (now called Melrose-Wakefield), and 7 years as Chief Executive Officer and President of Cooley Dickinson, a community hospital that is part of the Mass General Brigham health system. I have a master's degree in Public Policy from the Harvard Kennedy School and a Bachelor's degree in Linguistics from Cornell University.

4. EOHHS is the single state agency responsible for administering the Massachusetts Medicaid program. The agency's mission includes improving the overall health of this state's residents by promoting affordable access to medically necessary care.

5. EOHHS administers several publicly funded programs that enable qualifying Massachusetts residents to access free or low-cost health care coverage. These programs include

the Medicaid plan, Children's Health Insurance Program (CHIP), and the 1115 Demonstration Project—collectively known in Massachusetts as "MassHealth." Jointly funded by state and federal dollars, MassHealth provides coverage for a wide range of health care services to children, the elderly, families, and individuals with disabilities.

6. To be eligible for MassHealth, individuals must meet certain criteria, including residency, income and immigration status requirements. Massachusetts expanded Medicaid coverage under the Affordable Care Act in 2014, expanding the eligible population.

7. To be eligible to provide and bill for MassHealth services, an in-state provider must be an enrolled provider with MassHealth, meeting all required conditions of participation. Medicare certification is a required condition of participation for MassHealth acute hospitals.

8. In state fiscal year 2025, roughly 2 million Massachusetts residents or approximately 27-28% percent of the Commonwealth's population was covered by MassHealth, with an average caseload of over 730,000 children.

9. MassHealth provides low-income individuals with access to comprehensive healthcare coverage at no or low cost. MassHealth's coverage includes medical, dental, mental health, substance use disorder treatment and home and community-based services and supports.

**Boston Children's Hospital**

10. I am aware that on January 15, 2026, the official Department of Health and Human Services (HHS) General Counsel Mike Stuart X account posted to the social media platform X an announcement that Stuart "referred" Boston Children's Hospital, among others, to the HHS Office of Inspector General for "operat[ing] outside recognized standards of healthcare and entirely outside @SecKennedy's declaration that sex-rejecting procedures for children and adolescents are neither safe nor effective."

11. Boston Children's Hospital is a premier children's hospital renowned worldwide for setting the standard in pediatric care. It is consistently ranked among the top children's and specialized hospitals in the world. It also has been named number 1 in specific service areas, including neonatology, nephrology, and urology.[1]

12. Boston Children's Hospital provides a multitude of specialized and high-acuity programs for children. These include but are not limited to advanced congenital cardiac surgery and interventional cardiology, pediatric organ transplantation, comprehensive inpatient pediatric oncology and cellular therapies, neonatal intensive care, high-volume pediatric critical care and extracorporeal membrane oxygenation (ECMO), a dedicated pediatric dialysis unit, fetal surgery, pediatric sleep program for sleep disorders, multidisciplinary programs for rare and complex disorders (for example, genetic, metabolic, craniofacial, and complex airway disorders), specialized developmental and behavioral pediatrics, and specialized pediatric trauma and emergency care that are difficult to replicate elsewhere in Massachusetts or the broader New England region.

13. As an example of Boston Children's Hospital's unparalleled service provision capabilities, Boston Children's Hospital's Benderson Family Heart Center has the largest pediatric cardiac and pediatric catheterization programs in the region, seeing patients with rare and genetic diseases and conditions.[2]

14. Boston Children's Hospital is the regional referral center for New England, receiving patients referred for congenital heart disease, childhood cancers, cerebral palsy, cerebrovascular surgery, congenital diaphragmatic hernia, epilepsy, spina bifida, stroke, and other rare diseases from facilities across New England.

---

[1] https://www.childrenshospital.org/about-us/awards-accolades
[2] https://www.childrenshospital.org/services/heart-center

15. Boston Children's Hospital is a global leader in advancing pediatric research. According to Boston Children's Hospital, over 3,000 researchers work in Boston Children's Hospital's research arm. It reports that its research faculty publish over 80 research papers per week, including in the top 25 scientific journals. They have made advances in rare disease discovery, neurosciences, blood diseases, cancer, genetics and genomics, stem cell biology, bioinformatics, cardiac device development, and cell and gene therapies.

16. Boston Children's Hospital operates 477 inpatient beds at its Boston campus, demonstrating the critical role they play in serving children in the Commonwealth. Its capacity, especially, for extremely complex, rare, and acute pediatric cases, is unparalleled in the region and, as reported by Boston Children's Hospital, accounts for 69% of the Massachusetts average pediatric daily census.

17. In fiscal year 2024, Boston Children's Hospital had a public payer mix of 42.7%, with 32.5% of its patients enrolled in MassHealth or a MassHealth- contracted managed care entity. As a freestanding pediatric acute hospital, Boston Children's Hospital receives an increase in its base payment under the MassHealth adjudicated payment amount per discharge (APAD) methodology, and also is entitled to outlier payments for any infant and pediatric discharges with exceptionally high costs or exceptionally long lengths of stay. In total, the hospital served nearly 83,000 MassHealth members in 2024 and over 86,500 in 2025. It received $345.8 million and $374.6 million for services rendered to those members in 2024 and 2025, respectively.

18. As these numbers demonstrate, the MassHealth program relies on Boston Children's Hospital to provide care to its members. If Boston Children's Hospital were no longer able to care for Medicaid clients, MassHealth would lose a trusted partner and provider for some of the highest acuity and most vulnerable pediatric patients in the Commonwealth.

19. Federal law, including Early and Periodic Screening, Diagnostic, and Treatment, requires the Commonwealth's Medicaid program to provide for timely treatment of clients age 21 and younger. If Boston Children's Hospital were unable to provide care to Medicaid members, the program's ability to comply with these laws might be jeopardized. Members who would otherwise be seen by Boston Children's Hospital would need to seek care through other providers, but such providers may not have the capacity to provide the treatment needed. With a large percentage of pediatric beds in Massachusetts suddenly unavailable to MassHealth patients, the other hospitals with pediatric capacity could be overwhelmed by the increase in volume, risking delays in service or requiring out of state care for some highly specialized services.

20. Even with comparable and timely services at alternative hospital locations, MassHealth patients will face disruptions to their care team. As Boston Children's Hospital treats some of the most complex medical cases, including those requiring collaboration across many disciplines and significant case management, finding new care team members and starting from scratch can be time consuming and difficult, and may interrupt the member's continuity of care.

21. Furthermore, the Commonwealth's provider network relies on Boston Children's Hospital and its ability to participate in the MassHealth program. From a financial standpoint, losing Boston Children's Hospital as a MassHealth provider could increase other hospitals' financial needs as they work to absorb the patient volume or acuity capacity that Boston Children's Hospital currently serves. It could thus require additional state resources to be expended, to support the other hospitals in the Commonwealth that would need to absorb Boston Children's Hospital's current MassHealth caseload, or, in the event in-state hospitals are not equipped to serve some of that caseload, to pay increased costs of transportation and service provision for services that MassHealth members may need to obtain outside of Massachusetts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23rd day of February, 2026.

*/s/ Joanne Marqusee*
[NAME]