DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for State of Oregon

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | No. 6:25-cv-02409-MTK |
| Plaintiffs, | SUPPLEMENTAL DECLARATION OF JOHN CONNOLLY |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al., | |
| Defendants. | |

## SUPPLEMENTAL DECLARATION OF JOHN CONNOLLY

I, John Connolly, declare as follows:

1. I am over 18 years of age, competent to testify, and make this declaration based on my personal knowledge.

**Personal and Agency Background**

1. I am a Deputy Commissioner of the Minnesota Department of Human Services, which is referred to as DHS, and the State of Minnesota's Medicaid Director. I have been an employee of the State of Minnesota and have worked at DHS for a little over two years. I have overseen the state's Medicaid program and MinnesotaCare, described herein, the entire time of my employment with the State of Minnesota. I have served in state or county government in the area of health policy or public health for approximately ten years.

2. I am aware that on January 5, 2026, the official Department of Health and Human Services (HHS) X account posted to the social media platform X an announcement that HHS General Counsel Mike Stuart referred Children's Minnesota to the HHS Office of Inspector General "for failure to meet professional recognized standards of health care." The announcement included the statement that "The HHS @SecKennedy declaration made clear that sex-rejecting procedures for children and adolescents are neither safe nor effective. @HHSOGC and @HHSGOV will continue to take all necessary action to protect children all across the nation." True and correct screen captures of both Mike Stuart's X.com post, and HHS's re-post, are pasted below:



**HHS General Counsel Mike Stuart** 
@HHSGCMikeStuart

Another day, another sad referral. When I say we will protect children, well, that's exactly what I mean.

Today, I referred for investigation to @OIGatHHS another hospital- Children's Minnesota including its Gender Health program- for failure to meet recognized standards of health care. According to claims data, the hospital has billed extensively for hormone therapy.

The HHS @SecKennedy declaration made clear that sex-rejecting procedures for children and
adolescents are neither safe nor effective. @HHSOGC and @HHSGov will continue to take all necessary action to protect children all across the nation.

5:35 PM · Jan 5, 2026 · **66.1K** Views



**HHS** 
@HHSGov

We will hold EVERY provider of sex-rejecting procedures for children and adolescents accountable for failure to meet recognized standards of health care.

> **HHS General Counsel Mike Stuart** @HHSGCMikeStuart · Jan 5
> Another day, another sad referral. When I say we will protect children, well, that's exactly what I mean.
>
> Today, I referred for investigation to @OIGatHHS another hospital- Children's Minnesota including its Gender Health program- for failure to meet recogniz...
> Show more

7:46 PM · Jan 5, 2026 · **60.2K** Views

3. Children's Minnesota is the only health system in the state of Minnesota that cares exclusively for children from before birth through young adulthood. Children's Minnesota draws patients from Minnesota, Wisconsin, Iowa, North Dakota, South Dakota, and beyond, and offers a full range of pediatric specialty services, critical care, and clinics. Children's Minnesota holds the distinctions of being a Level 1 Trauma Center and a Level 1 Children's Surgery Center as ranked by the American College of Surgeons. According to Children's Minnesota's website,

Children's Minnesota is one of the largest freestanding pediatric health systems in the United States, with two hospitals, nine primary care clinics, seven rehabilitation care sites, and nine specialty care sites. Children's Minnesota operates as an independent not-for-profit health system.

4. According to Children's Minnesota's 2024 annual report (the most recent report available at the time of this declaration) Children's Minnesota served 167,610 total patients (excluding primary care patients) with 24,758 surgical procedures and 86,504 emergency department visits.

5. Also according to Children's Minnesota reported data, approximately half of their services are provided to patients who rely on medical assistance (including Minnesota's Medicaid plan, Medical Assistance). According to information provided by Children's Minnesota, and on information and belief, approximately 32 percent of its revenue comes from the Medicaid program. Its operating budget therefore relies heavily on Medicaid reimbursements to support the staffing and services it provides.

6. Minnesota's Medical Assistance program relies on Children's Minnesota to provide the specialized care that they do and would likely be unable to provide it in a timely way if Children's Minnesota were no longer able to care for Medicaid clients. Federal law, including requirements relating to early and periodic screening, diagnosis, and treatment, requires that Minnesota's Medicaid program provide for timely treatment of clients age 21 and younger. If Children's Minnesota were unable to provide care to Medicaid clients, Minnesota's ability to provide for these services would be jeopardized. Minnesota's MA program would likely need to send clients out of state for necessary care, resulting in high transportation costs. Moreover, necessary and critical care would likely be delayed since Children's Minnesota is a regional

medical facility. If access to it were lost, there is no other facility or group of facilities that could take its place.

7. Moreover, Children's Minnesota serves a critical educational and clinical training role in the medical community within Minnesota, providing education and training for medical and physician assistant students, residents, and fellows, as well as nursing and other graduate students, in all departments of Children's Minnesota. If Children's Minnesota were unable to continue operating and providing care to Medicaid clients, it would undermine the state's pediatric healthcare system.

8. If Children's Minnesota is lost as a Medicaid provider, some of Minnesota's most complex patients who are children and youth suffering a myriad of complex conditions will have no other access to the treatment they need. It would not be possible for Minnesota to cover all of the care that Children's Minnesota provides to Medicaid clients using state-only funds.

9. Based on public reporting, I am aware that Children's Minnesota became so concerned about its ability to continue treating Medicaid patients, and the threats against Children's Minnesota by HHS citing the Kennedy Declaration, that it has announced it will pause certain forms of gender affirming care on February 27, 2026. In their public announcement, Children's Minnesota wrote of HHS's threats: "These threats jeopardize the stability of Minnesota's only comprehensive pediatric health care system, and they threaten our clinicians' ability to practice medicine now and in the future." A spokesperson for the hospital wrote in the statement that this was not the decision Children's Minnesota wanted to make but felt it was necessary to protect its providers and the hospital.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this 23rd day of February, 2026.

*/s/ John Connolly*