DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
       brian.s.marshall@doj.oregon.gov
       lauren.robertson@doj.oregon.gov
       kate.e.morrow@doj.oregon.gov
       youngwoo.joh@doj.oregon.gov

Attorneys for State of Oregon

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al., <br><br> Defendants. | No. 6:25-cv-02409-MTK <br><br> SUPPLEMENTAL DECLARATION OF SALLY A. KOZAK |

## SUPPLEMENTAL DECLARATION OF SALLY A. KOZAK

I, Sally A. Kozak, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a resident of the Commonwealth of Pennsylvania. I am over the age of 18, competent to testify as to the matters herein, and make this declaration based on my personal knowledge.

2. I am the State Medicaid Director and the Deputy Secretary for the Office of Medical Assistance Programs for the Pennsylvania Department of Human Services ("PA DHS"). I have held that position since 2017. This declaration incorporates and supplements my declaration dated January 5, 2025, submitted as ECF # 55.

3. The Pennsylvania Medicaid Program provides children under the age of 21 access to all medically necessary Medicaid coverable health care, diagnostic services, treatment and other measures described in section 1905(a) of the Social Security Act to correct or ameliorate defects and physical and mental illnesses and conditions discovered by the screening services, regardless of whether or not such services are covered under the state's Medicaid State Plan. Pennsylvania's CHIP provides health coverage to uninsured children and teens under the age of 19 who are not eligible for or enrolled in Medicaid.

4. Both the Medicaid program and CHIP are mainly administered through agreements with managed care organizations in Pennsylvania. Managed care organizations administer Medicaid benefits to over 97 percent of Medicaid beneficiaries and 100 percent of CHIP beneficiaries.

5. I am aware that on January 15, 2026, the official Department of Health and Human Services (HHS) X account posted to the social media platform X an announcement that HHS General Counsel Mike Stuart referred The Children's Hospital of Pennsylvania to the HHS

1

SUPPLEMENTAL DECLARATION
OF SALLY A. KOZAK

Office of Inspector General "for failure to protect children from sex-rejecting procedures – procedures that cause permanent terrible harm. These hospitals appear to continue to operate outside recognized standards of healthcare and entirely outside Secretary Kennedy's declaration that sex-rejecting procedures for children and adolescents are neither safe nor effective."[1]

6. The Children's Hospital of Philadelphia ("CHOP") is a premier children's hospital and was the first hospital in the United States dedicated to finding cures and treating illnesses and injuries specific to children. With its over 170-year history, CHOP is a nationally recognized pediatric research institution developing groundbreaking and life-changing treatments benefiting children in PA and around the world. According to CHOP's publicly available information, they are recognized as best-in-class from U.S. News and World Report as ranking as one of the best Children's Hospitals in the nation.

7. CHOP provides care for thousands of children every year from Pennsylvania, New Jersey, and other states in inpatient, outpatient, and primary care locations.[2] CHOP's network includes more than 30 primary care locations throughout Pennsylvania and New Jersey. In its 2025 fiscal year alone, CHOP had almost 1.7 million outpatient visits, of which more than 580,000 were for specialty care and roughly 800,000 were for primary care.[3] CHOP's specialized care for children includes 45 pediatric subspecialties.[4]

8. For example, the Cancer Center at CHOP provides innovative treatments for all types of childhood cancer, with the largest pediatric oncology research program in the country.[5] Each year, the CHOP Cancer Center treats more than 500 new patients and more than 4,000

---

[1] https://x.com/HHSGCMikeStuart/status/2011946547005833419
[2] CHOP, *Hospital and CHOP Care Network Statistics*, https://www.chop.edu/about-us/annual-report-of-our-financials/hospital-statistics (last visited Feb. 23, 2026).
[3] *Id.*
[4] CHOP, *Why Choose CHOP*, https://www.chop.edu/about-us/why-choose-chop (last visited Feb. 23, 2026).
[5] CHOP, *Cancer Center*, https://gps.chop.edu/medical-program/cancer-center (last visited Feb. 23, 2026).

2

SUPPLEMENTAL DECLARATION
OF SALLY A. KOZAK

existing patients.[6] CHOP's oncology programs include centers for cancer immunotherapy, proton therapy, blood and bone marrow transplant, neuro-oncology, and solid tumor cancer treatment.[7] CHOP also has one of the largest brain tumor centers in the United States, seeing more than 200 new patients annually.[8] CHOP led the clinical trials for the first form of CAR T-cell therapy to be approved by the FDA for the treatment of relapsed and refractory pediatric acute lymphoblastic leukemia.[9]

9. The Cardiac Center at CHOP is one of the largest pediatric cardiac centers in North America.[10] In a recent year, CHOP performed 898 cardiothoracic surgeries (528 of which were open heart), 1,676 cardiac catheterizations, and had almost 41,000 outpatient cardiology visits.[11] The Cardiac Center's programs include early diagnosis, monitoring and planning during pregnancy through its Fetal Heart Program, one of the largest in North America, and specialized programs to treat children with heart conditions such as advanced heart failure and pulmonary vein stenosis; and a wide range of congenital and acquired cardiac conditions.[12]

10. The CHOP Sickle Cell and Red Cell Disorders Curative Therapy Center offers cutting-edge care from multiple experts for children with sickle cell disease, beta thalassemia (Cooley's anemia), and other red cell disorders.[13] Clinical trials for gene therapy for the treatment of sickle cell disease took place at CHOP, which is one of the approved sites that offers

---

[6] CHOP, *Why Choose Us for Cancer Treatment*, https://www.chop.edu/centers-programs/cancer-center/why-choose-us (last visited Feb. 23, 2026).
[7] *Id.*
[8] *Id.*
[9] *Id.*
[10] CHOP, *Why Choose Us for Cardiac Care*, https://www.chop.edu/centers-programs/cardiac-center/why-choose-us (last visited Feb. 23, 2026).
[11] *Id.*
[12] CHOP, *Fetal Heart Program*, https://www.chop.edu/centers-programs/fetal-heart-program (last visited Feb. 23, 2026).
[13] CHOP, *Sickle Cell and Red Cell Disorders Curative Therapy Center (CuRED)*, https://www.chop.edu/centers-programs/sickle-cell-and-red-cell-disorders-curative-therapy-center-cured (last visited Feb. 23, 2026).

3

SUPPLEMENTAL DECLARATION
OF SALLY A. KOZAK

these new therapies.[14]

11. CHOP's Center for Fetal Diagnosis and Treatment is the largest and highest volume fetal program in the world, having cared for more than 35,000 expectant parents since opening in 1995, with over 7,402 deliveries in its Special Delivery Unit since June 2008.[15] The Center has cared for patient families from all 50 states and more than 70 countries.[16] The Center provides complete care for women carrying babies with known birth defects, from diagnosis and prenatal management through fetal surgery, to delivery and care after birth.  This Center is one of few in the country that provides open fetal surgery before birth, having performed over 2,565 fetal surgeries for life-threatening conditions, as well as a range of other fetal interventions.[17]

12. CHOP's Newborn/Infant Intensive Care Units at two locations offer technology and teams that care for babies with health issues related to prematurity; birth defects; lung, heart and gastrointestinal conditions; and other disorders.[18] The Philadelphia campus treats more than 1,000 inpatients each year and is a Level IV NICU, able to provide the highest level of medical care.[19] The newer NICU at CHOP's King of Prussia campus provides Level III care for seriously ill newborns.[20]

13. CHOP's Center for Thoracic Insufficiency Syndrome is the first program in the nation devoted solely to treating children, teens and young adults with thoracic insufficiency

---

[14] CHOP, *Gene Therapy for Sickle Cell Disease*, https://www.chop.edu/gene-therapy-sickle-cell-disease (last visited Feb. 23, 2026).
[15] CHOP, *Richard D. Wood Jr. Center for Fetal Diagnosis and Treatment*, https://www.chop.edu/centers-programs/center-fetal-diagnosis-and-treatment (last visited Feb. 23, 2026).
[16] CHOP, *Why choose the Wood Center for Fetal Diagnosis and Treatment*, https://www.chop.edu/centers-programs/center-fetal-diagnosis-and-treatment/why-choose-center-fetal-diagnosis-and-treatment (last visited Feb. 23, 2026).
[17] *Id.*
[18] CHOP, *Newborn/Infant Intensive Care Unit (N/IICU)*, https://www.chop.edu/centers-programs/newborn-infant-intensive-care-unit-niicu (last visited Feb. 23, 2026).
[19] CHOP, *Why choose us for neonatal intensive care*, https://www.chop.edu/centers-programs/newborn-infant-intensive-care-unit-niicu/why-choose-chop-neonatal-intensive-care (last visited Feb. 23, 2026).
[20] *Id.*

SUPPLEMENTAL DECLARATION
OF SALLY A. KOZAK

syndrome, a complex spine and chest wall condition that affects normal breathing and lung growth.[21] CHOP offers families individualized treatment plans which may include vertical expandable prosthetic titanium ribs, a treatment invented at CHOP.[22]

14. CHOP's Congenital Hyperinsulinism Center is the largest and most active hyperinsulinism center in the world, having treated more than 1,900 children.[23] The Center has set the standard for care worldwide and has a cure rate for focal hyperinsulinism of 97%.[24]

15. The Pediatric Transplant Center at CHOP manages some of the most complex pediatric cases, performing 40 to 50 organ transplants annually and exceeding national expected outcomes.[25] The Center cares for children of all ages, from the smallest infants through young adults.[26]

16. CHOP has been collaborative with the Pennsylvania Medicaid program and our Medicaid managed care organizations to address the needs of Medicaid-enrolled children. For example, CHOP has a contract with a Medicaid managed care organization to serve as a Patient Centered Ambulatory Intensive Care Center, particularly focusing on children with high acuity comorbid physical health and behavioral health needs. CHOP also serves as the Telephonic Psychiatric Services (TiPS) provider for the southeast area of the state, providing telephonic consultative services to pediatricians/primary care providers seeing patients who are exhibiting behavioral health symptoms when the pediatricians/primary care providers lack specific training

---

[21] CHOP, *Wyss/Campbell Center for Thoracic Insufficiency Syndrome*, https://www.chop.edu/centers-programs/center-thoracic-insufficiency-syndrome (last visited Feb. 23, 2026).
[22] *Id.*
[23] CHOP, *Congenital Hyperinsulinism Center*, https://www.chop.edu/centers-programs/congenital-hyperinsulinism-center (last visited Feb. 23, 2026).
[24] CHOP, *Why Choose CHOP for HI Treatment*, https://www.chop.edu/centers-programs/congenital-hyperinsulinism-center/why-choose-chop-hi-treatment (last visited Feb. 23, 2026).
[25] CHOP, *Why Choose the Transplant Center*, https://www.chop.edu/centers-programs/pediatric-transplant-center/why-choose-transplant-center (last visited Feb. 23, 2026).
[26] *Id.*

5

SUPPLEMENTAL DECLARATION
OF SALLY A. KOZAK

in pediatric behavioral health. CHOP's Center for Violence Prevention coordinates with at least one Medicaid managed care organization to provide wraparound and supportive services to children and youth who are the victims of interpersonal or community violence, especially gun violence.

17. CHOP is a critical provider of specialty services for children with medical complexities, who are served largely by Medicaid either as the primary or secondary form of coverage. Nearly half of its patients are covered by Medicaid. Without the participation of CHOP and their associated providers in the program, access to these specialty services would be adversely impacted to a significant extent, leaving many very vulnerable children and families either without resources or facing long waiting lists.

18. The Medicaid managed care organizations collaborate with CHOP by providing financial support for several special initiatives addressing social determinates of health to improve the health outcomes of children and families. With respect to these initiatives, CHOP runs the following programs:

   a. CHOP's Community Asthma Prevention Program offers free education and support to Philadelphia children with asthma and their caregivers, with the goal of improving asthma-related outcomes and reducing emergency department visits and hospital stays. The program includes asthma prevention home visits, CHOP Care Network Primary Care Center physician education and school-based programs.

   b. CHOP's CAPP+ Home Repairs Program is dedicated to creating healthier living environments for children with asthma by addressing significant structural housing issues. By collaborating with Philadelphia home repair agencies, CAPP+

6

      invests an average of $25,000 per home to eliminate asthma triggers including mold, pest residue, and dust through repairs to roofs, plumbing leaks and other necessary improvements. The goal of CAPP+ is to ensure that every Medicaid child can grow up in a healthy home.

    c. CHOP's Mobile Food Market involves a weekly mobile food truck that delivers produce, proteins and milk to families living in in the Cobbs Creek neighborhood of Philadelphia, a known food desert.

    d. CHOP's youth summer employment program, which aims to improve teens' ability to obtain jobs, develop foundational finance skills and keep them safely engaged over the summer.

    e. CHOP's Firearm Safety Initiative, which integrates firearm safety counseling and gun locking device distribution into clinical care to address mental health and community violence.

19.     In state fiscal year 2025, CHOP served over 168,500 Medicaid patients and submitted approximately 841,000 claims to PA DHS or encounters to the Medicaid managed care organizations for services provided. CHOP received approximately $712,600,000 in reimbursement for Medicaid patients, which demonstrates the critical role CHOP plays in serving Pennsylvania children.

20.     Moreover, CHOP is a network Medicaid and CHIP provider for all Pennsylvania Medicaid managed care plans and almost all CHIP managed care plans. For southeastern Pennsylvania, New Jersey and beyond, the CHOP hospitals and associated facilities operate out of over 50 locations. At the Philadelphia main campus, CHOP operates a Level 1 Trauma Center for the evaluation and treatment of children with life-threatening injuries. If CHOP were unable

to continue operating and providing care to Medicaid clients, it would undermine the state's pediatric healthcare system in southeastern Pennsylvania (which includes the city of Philadelphia and its surrounding counties), where almost half a million children enrolled in Medicaid and CHIP reside.

21. If CHOP is no longer a Medicaid and CHIP provider, some of Pennsylvania's most complex patients who are children and youth suffering a myriad of complex conditions, including pediatric genetic disorders and cancers, will have reduced access, and in some instances no access, to the treatment they need. They would likely lose access to the specialty care that CHOP provides. Families would need to find new providers and facilities for kids. Pennsylvania would be unable to cover all the care that CHOP provides to Medicaid-enrolled children using state only funds.

22. I declare under penalty of perjury under the laws of the State of Pennsylvania and the United States of America that the foregoing is true and correct.

DATED this 23rd day of February 2026, at Harrisburg, Pennsylvania.

/s/ *Sally A. Kozak*
Sally A. Kozak
State Medicaid Director
Pennsylvania Department of Human Services