DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
        brian.s.marshall@doj.oregon.gov
        lauren.robertson@doj.oregon.gov
        kate.e.morrow@doj.oregon.gov
        youngwoo.joh@doj.oregon.gov

Attorneys for State of Oregon

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>           Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al.,<br><br>           Defendants. | No. 6:25-cv-02409-MTK<br><br>DECLARATION OF LAURYN K. FRAAS IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT |

## DECLARATION OF LAURYN K. FRAAS

I, Lauryn K. Fraas, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am an Assistant Attorney General at the Washington Attorney General's Office. I represent the State of Washington in this case.

## Referrals to HHS-OIG by HHS General Counsel

2.      Attached as **Exhibit 1** is a true and correct copy of a post from December 26, 2025, at 3:29 p.m. on the social media platform X by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. The post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2004695988242710776 on February 23, 2026.

3.      Attached as **Exhibit 2** is a true and correct copy of a post from December 30, 2025, at 1:08 p.m. on the social media platform X by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. The post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2006110061114851333 on February 22, 2026.

4.      Attached as **Exhibit 3** is a true and correct copy of a post from January 5, 2026, at 3:35 p.m. on the social media platform X by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. The post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2008321502765093348 on February 22, 2026.

5.      Attached as **Exhibit 4** is a true and correct copy of a post from January 9, 2026, at 1:46 p.m. on the social media platform X by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. The post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2009743491186794620 on February 22, 2026.

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

6.      Attached as **Exhibit 5** is a true and correct copy of a post from January 15, 2026, at 3:40 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from URL: https://x.com/HHSGCMikeStuart/status/201194654005833419 on February 22, 2026.

7.      Attached as **Exhibit 6** is a true and correct copy of a post from February 3, 2026, at 3:25 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from URL: https://x.com/HHSGCMikeStuart/status/2018828343144010025 on February 22, 2026.

8.      Attached as **Exhibit 7** is a true and correct copy of a post from February 11, 2026, at 10:16 a.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from URL: https://x.com/HHSGCMikeStuart/status/2021649628639240524 on February 22, 2026.

**Other Official Social Media Posts by HHS General Counsel**

9.      Attached as **Exhibit 8** is a true and correct copy of a post from February 3, 2026, at 7:24 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from URL: https://x.com/HHSGCMikeStuart/status/2018888249104531523 on February 22, 2026.

10.      Attached as **Exhibit 9** is a true and correct copy of a post from February 3, 2026, at 7:46 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2018893885571940712 on February 22, 2026.

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

11.     Attached as **Exhibit 10** s a true and correct copy of a post from February 4, 2026, at 2:48 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuarts's official account. This post was saved as a PDF from URL: https://x.com/HHSGCMikeStuart/status/2019181341158277378 on February 22, 2026.

12.     Attached as **Exhibit 11** is a true and correct copy of a post from January 25, 2026, at 5:37 a.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2015418646450090475 on February 22, 2026.

13.     Attached as **Exhibit 12** is a true and correct copy of a post from January 31, 2026, at 1:29 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services General Counsel Mike Stuart's official account. This post was saved as a PDF from the URL: https://x.com/HHSGCMikeStuart/status/2017711840747516265 on February 22, 2026.

**Official Social Media Posts by HHS**

14.     Attached as **Exhibit 13** is a true and correct copy of a post from December 18, 2025, at 8:35 a.m. on the social media platform "X" by the U.S. Department of Health and Human Services Rapid Response's official account. This post was saved as a PDF from the URL: https://x.com/HHSResponse/status/2001692812534788190 on February 22, 2026.

15.     Attached as **Exhibit 14** is a true and correct copy of a post from December 18, 2025, at 2:32 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services' official account. This post was saved as a PDF from the URL: https://x.com/HHSGov/status/2001782612021645725 on February 22, 2026.

Page 4 - DECLARATION OF LAURYN K. FRAAS

16.     Attached as **Exhibit 15** is a true and correct copy of a post from December 22, 2025, at 9:51 a.m. on the social media platform "X" by the U.S. Department of Health and Human Services' official account. This post was saved as a PDF from the URL: https://x.com/HHSGov/status/2003161583879430349 on February 22, 2026.

17.     Attached as **Exhibit 16** is a true and correct copy of a post from January 5, 2026, at 5:46 p.m. on the social media platform "X" by the U.S. Department of Health and Human Services' official account. This post was saved as a PDF from the URL: https://x.com/HHSGov/status/2008354412666740839 on February 22, 2026.

18.     Attached as **Exhibit 17** is a true and correct copy of a post from January 18, 2026, at 10:00 a.m. on the social media platform "X" by the U.S. Department of Health and Human Services Rapid Response's official account. This post was saved as a PDF from the URL: https://x.com/HHSResponse/status/2012948103117017172 on February 22, 2026.

**News Articles & Hospital Press Release**

19.     Attached as **Exhibit 18** is a true and correct copy of an article published February 17, 2026, by Joseph Goldstein at *The New York Times* titled "Manhattan Hospital Ends Medical Treatment for Transgender Youth." This article was saved as a PDF from URL: https://www.nytimes.com/2026/02/17/nyregion/nyu-hospital-transgender-youth.html on February 23, 2026.

20.     Attached as **Exhibit 19** is a true and correct copy of an article published January 2, 2026, by Tony Gorman at *Colorado Public Radio News* titled "Youth gender affirming care suspended at Children's Hospital Colorado and Denver Health." This article was saved as a

Page 5 - DECLARATION OF LAURYN K. FRAAS

PDF from URL: https://www.cpr.org/2026/01/02/youth-gender-affirming-care-suspended-childrens-hospital-denver-health/ on February 23, 2026.

21.     Attached as **Exhibit 20** is a true and correct copy of the Children's Minnesota Hospital's webpage titled "Gender Health." This webpage was saved as a PDF from URL: https://www.childrensmn.org/services/care-specialties-departments/gender-health/     on February 22, 2026.

22.     Attached as **Exhibit 21** is a true and correct copy of an article published January 12, 2026, and updated on January 13, 2026, by Joe Schulz at *Wisconsin Public Radio* titled "Children's Wisconsin, UW Health stop providing gender-affirming treatments for minors." This article was saved as a PDF from URL: https://www.wpr.org/news/childrens-wisconsin-uw-health-stop-providing-gender-affirming-treatments-Minors on February 23, 2026.

23.     Attached as **Exhibit 22** is a true and correct copy of an article published January 27, 2026, by Becca Most at *The News Tribune* titled "Tacoma children's hospital closes gender-affirming care clinic." This article was saved as a PDF from URL: https://www.thenewstribune.com/news/local/article314477495.html on February 21, 2026.

24.     Attached as **Exhibit 23** is a true and correct copy of an article published February 4, 2026, by *The Spokesman-Review* titled "Mary Bridge leaders cite 2 federal threats behind gender clinic closure." This article was saved as a PDF from URL: https://www.spokesman.com/stories/2026/feb/04/mary-bridge-leaders-cite-2-federal-threats-behind-/ on February 23, 2026.

25.     Attached as **Exhibit 24** is a true and correct copy of an article published February 5, 2026, by Theresa Gaffney at *Stat News* titled "Amid federal pressure, more hospitals

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

stop gender-affirming care for minors." This article was saved as a PDF from URL: https://www.statnews.com/2026/02/05/hospitals-stop-gender-care-minors-trump-administration-pressure on February 23, 2026.

**Federal Government Website Materials**

26.     Attached as **Exhibit 25** is a true and correct copy of the Centers for Medicare & Medicaid Services' webpage titled "October 2025 Medicaid & CHIP Enrollment Data Highlights". This webpage was saved as a PDF from URL: https://www.medicaid.gov/medicaid/national-medicaid-chip-program-information/medicaid-chip-enrollment-data/october-2025-medicaid-chip-enrollment-data-highlights on February 21, 2026.

27.     Attached as **Exhibit 26** is a true and correct copy of the Children's Bureau of the U.S. Department of Health and Human Services webpage "Child Welfare Outcomes Report Data" section regarding "Child Population Data" for 2023. This webpage was saved as a PDF from URL: https://cwoutcomes.acf.hhs.gov/cwodatasite/population/index/ on February 21, 2026.

28.     Attached as **Exhibit 27** is a true and correct copy of a screenshot of the U.S. Department of Health and Human Services YouTube video posted December 18, 2025 titled, "Protecting        Children"        at        3:50-4:30,        available        at URL: https://www.youtube.com/watch?v=aY1XfN6Tt0Q. This video screenshot was saved on February 21, 2026.

29.     Attached as **Exhibit 28** is a true and correct copy of the U.S. Department of Health and Human Services Press Release dated December 18, 2025, titled "HHS Acts to Bar Hospitals from Performing Sex-Rejecting Procedures on Children." This webpage was saved as a PDF from

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000

URL: https://www.hhs.gov/press-room/hhs-acts-bar-hospitals-performing-sex-rejecting-procedures-children.html on February 22, 2026.

30.     Attached as **Exhibit 29** is a true and correct copy of an excerpt from a Special Advisory Bulletin issued by U.S. Department of Health and Human Services Office of Inspector General entitled "UPDATED Special Advisory Bulletin on the Effect of Exclusion from Participation in Federal Health Care Programs" on May 8, 2013. An excerpt of the Special Advisory Bulletin was saved as a PDF from URL: https://oig.hhs.gov/exclusions/files/sab-05092013.pdf on February 23, 2026.

**Unpublished State Court Decision**

31.     Attached as **Exhibit 30** is a true and correct copy of the Findings of Fact, Conclusions of Law and Order on Class Plaintiffs' Motion for Preliminary Injunction issued February 13, 2026, in *Boe, et al. v. Children's Hospital Colorado*, Case No. 26CV30232 (Dist. Ct. City & Cnty. of Denver Co. Feb. 13, 2026).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 24 day of February 2026, at Seattle, Washington.


*s/ Lauryn K. Fraas*
LAURYN K. FRAAS, WSBA #53238
Assistant Attorney General
Washington Attorney General's Office

Department of Justice
100 SW Market Street
Portland, OR 97201
9716731880 / Fax: 9716735000