# Exhibit 2

← **Post**



**HHS General Counsel Mike Stuart** ✔️ 🏛️
@HHSGCMikeStuart

Today I again referred for investigation to @OIGatHHS another hospital for failure to meet recognized standards of health care per the @HHSGov @SecKennedy declaration that sex-rejecting procedures for children and adolescents are neither safe nor effective - Children's Hospital Colorado. Sadly, it may not be the last referral.

@HHSOGC will always take every possible action to ensure children all across the nation are safe and protected.

1:08 PM · Dec 30, 2025 · **28.7K** Views

💬 11          🔁 22          ♡ 72          🔖 3          ⬆️

💬 **Read 11 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up