# Exhibit 3



← Post

**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

Another day, another sad referral. When I say we will protect children, well, that's exactly what I mean.

Today, I referred for investigation to @OIGatHHS another hospital- Children's Minnesota including its Gender Health program- for failure to meet recognized standards of health care. According to claims data, the hospital has billed extensively for hormone therapy.

The HHS @SecKennedy declaration made clear that sex-rejecting procedures for children and
adolescents are neither safe nor effective. @HHSOGC and @HHSGov will continue to take all necessary action to protect children all across the nation.

3:35 PM · Jan 5, 2026 · **66.2K** Views

💬 29     ⟲ 111     ♡ 697     🔖 22     ↑

Read 29 replies

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up