# Exhibit 4



← Post

**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

Today I referred to @OIGatHHS THREE California hospitals for full investigation – Children's Hospital of Orange County and the UCSF health system including its UCSF Hyde Hospital and Benioff Children's Hospitals.

California's Governor @GavinNewsom needs to do a better job protecting our kids from sex-rejecting procedures that cause permanent terrible harm. These California hospitals continue to operate outside recognized standards of health care and entirely outside @SecKennedy's easy to understand declaration that sex-rejecting procedure for children and adolescents are not safe nor effective.

Children's Hospital of Orange County operates the Gender, Puberty, And Sex Development Program and advertises cross-sex hormones and puberty blockers for minors on its website, though it states it not does not provide sex change surgeries. However, claims data shows the hospital has billed for sex change surgeries for minors as recently as 2023, as well as for "hormones and puberty blockers."

Within the broader UCSF Health system, sex-rejecting procedures for minors is provided at the Child and Adolescent Gender Center at Benioff Children's Hospital.

Protecting our children is our solemn responsibility. This isn't that hard. @HHSGov is stepping up and Governor Newsom needs to do the same and stop life-altering procedures that harm our children.

We are not sitting idle. We will continue to protect our children from sex-rejecting procedures.

1:46 PM · Jan 9, 2026 · **1,769** Views

💬 4        🔁 11        ♡ 28        🔖        ⬆️

Don't miss what's happening
People on X are the first to know.
Log in    Sign up