# Exhibit 5



← **Post**



**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

SIX hospitals located in SIX different states…

It is truly unfortunate that today I referred to @OIGATHHS for full investigation SIX more hospitals from SIX different states for allegedly failing to protect our children from sex-rejecting procedures- procedures that cause permanent terrible harm.

These hospitals appear to continue to operate outside recognized standards of healthcare and entirely outside @SecKennedy's declaration that sex-rejecting procedures for children and adolescents are neither safe nor effective.

The SIX hospitals referred for investigation are:

Nemours Alfred I. DuPont Hospital for Children (DE)

Ann & Robert H. Lurie Children's Hospital of Chicago (IL)

Boston Children's Hospital (MA)

The Children's Hospital of Philadelphia (PA)

New York University – Langone Health (NY)

Doernbecher Children's Hospital  (OR)

There is no greater priority than protecting our children.  It is our solemn responsibility.  @HHSGov and this General Counsel will never stop doing all in our ability to protect our children from "sea to shining sea."  We must be a nation that values our children.  Life-altering procedures that do harm must end.

God Bless our children!  God Bless them all!

3:40 PM · Jan 15, 2026 · **34.4K** Views

💬 61        ↻ 500        ♡ 1.4K        🔖 41        ↑

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up