# Exhibit 6



← Post



**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

Today, I sadly made another major referral for investigation to @OIGatHHS- Johns Hopkins Hospital and Health System including, but not limited to, the Johns Hopkins Center for Transgender and Gender Expansive Health and the Johns Hopkins Emerge Gender and Sexuality Clinic- for failing to meet recognized standards of healthcare.

Over recent weeks, more than 30 hospitals and hospital systems including some of the largest in the nation have announced they are no longer performing sex-mutilating and sex-rejecting procedures for minors. Those hospital systems are to be commended for making the right decision after making irreversible terrible decisions that harmed and permanently damaged children. Sadly, other hospitals and hospital systems are continuing to perform heinous and horrific acts of intentional permanent harm to minors including, allegedly, Johns Hopkins Hospital and Health System. We will not stop until every single child is protected from the destruction of the integrity of God's chosen human body.

@SecKennedy's declaration made clear that sex-rejecting procedures for children and adolescents are not safe and not effective. Far from it. Sex-rejecting procedures are incredibly damaging and contrary to acceptable standards of healthcare. @HHSGov, @SecKennedy, and @HHSOGC will continue to take all necessary actions to protect our children from "sea to shining sea." Our children deserve it.

3:25 PM · Feb 3, 2026 · **193.8K** Views

💬 190    🔁 1.3K    ♡ 5.5K    🔖 172    ↗

Read 190 replies

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up