# Exhibit 7

← Post

 HHS General Counsel Mike Stuart ✓
@HHSGCMikeStuart

Healthcare system after healthcare system is changing course and stopping sex-rejecting procedures and gender mutilation of our children.

The @ASPS_News and AMA have made strong statements on this critical issue. The evidence is clear- sex rejecting procedures for children are not acceptable standards of healthcare.

In just the past few weeks, more than 40 hospital systems across the country have made the right decision to stop these heinous procedures. But there is far more work to do to protect our children.

Today, unfortunately, I made additional referrals for investigation to @OIGatHHS. These referrals are not for hospitals but, rather, for federally qualified health centers (FQHCs).

@HHSOGC referred for investigation the following FQHCs:

Whitman-Walker Health, Washington D.C.;

Community Health Project, Inc. (aka Callen-Lorde), Bronx, Brooklyn and New York, NY;

Los Angeles LGBT Center, Los Angeles, CA; and

The Institute for Family Health, Manhattan, Bronx, Brooklyn and Mid-Hudson Valley, NY.

@SecKennedy, @HHSGov, and legitimate medical professionals from across the nation have been exceedingly clear on this issue. Sex-rejecting procedures are not acceptable forms of healthcare.

@HHSGov, @SecKennedy, and @HHSOGC will continue to take all necessary actions to protect our children from life-altering, damaging and fake healthcare treatments.

10:16 AM · Feb 11, 2026 · **16.8K** Views

💬 18    🔁 32    ♡ 124    🔖 16    ↗

**Don't miss what's happening**
People on X are the first to know.    Log in    Sign up