# Exhibit 8

 

← **Post**



**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

Rack up another victory for our children!

Hospital system after hospital system nationwide are stopping devastating gender-rejecting treatments. @SecKennedy, @HHSGov, and @hhsogc will continue fighting for our children until every single hospital system stops these horrific procedures.



Children's Minnesota to halt gender-affirming treatments amid federal pressure

From kstp.com

7:24 PM · Feb 3, 2026 · **25.9K** Views

💬 15     🔁 96     ♡ 526     🔖 15     ↑

Read 15 replies

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up