# Exhibit 9



← Post

HHS General Counsel Mike Stuart ✓
@HHSGCMikeStuart

Almost daily, another major hospital system is ending the tragic and irreversible practice of sex-rejecting procedures for minors. @ASPS_News is bravely standing with @HHSGov & @SecKennedy in courageously leading on this critical issue



HHS Leaders Commend the American Society of Plastic Surgeons for Disavowing Pedi...

From hhs.gov

7:46 PM · Feb 3, 2026 · **4,045** Views

💬 13          ↻ 39          ♡ 168          🔖 9          ↑

Read 13 replies

**Don't miss what's happening**
People on X are the first to know.

Log in          Sign up