# Exhibit 10



**HHS General Counsel Mike Stuart** ✓
@HHSGCMikeStuart

It is time for Johns Hopkins to end the terrible practice of sex-rejecting procedures for minors and join the dozens of other hospital systems across the country that have stopped these horrific procedures over the past few weeks.

Johns Hopkins referred for probe on minors' trans procedures
From wng.org

2:48 PM · Feb 4, 2026 · **15.9K** Views

💬 19     🔁 55     ♥ 311     🔖 9     ⬆

Read 19 replies

**Don't miss what's happening**
People on X are the first to know.

Log in   Sign up