# Exhibit 11

