# Exhibit 13



← Post



**HHS Rapid Response** ✓
@HHSResponse

.@SecKennedy: "Medical professionals or entities providing sex-rejecting procedures to children are out of compliance with these standards of health care. This declaration is a clear directive to providers to follow the science, and the overwhelming body of evidence that these procedures hurt — not help — children."



0:00 / 0:20

8:35 AM · Dec 18, 2025 · **67.4K** Views

💬 48     🔁 268     ♡ 1.3K     🔖 30     ↗

Read 48 replies



**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up