# Exhibit 14



← Post



HHS ✓
@HHSGov

Today, @SecKennedy signed a declaration stating that sex-rejecting treatments on children do not meet professionally recognized standards of health care.



2:32 PM · Dec 18, 2025 · **57.6K** Views

💬 129     🔁 534     ♥ 2.7K     🔖 51     ↑

Read 129 replies

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up