# Exhibit 15



← **Post**



**HHS** ✔
@HHSGov

Under the leadership of @POTUS and @SecKennedy, HHS announced actions to END sex-rejecting procedures for children.

Thank you to everyone who joined for the announcement: @HHS_Jim, @DrMakaryFDA, @DrOzCMS, @NIHDirector_Jay, @ADM_Christine, @RogerMarshallMD, @SenatorLankford, @RepBobOnder, @RepHarshbarger, @HHSOCR Director Paula Stannard, and @ChloeCole for bravely sharing her story.



9:51 AM · Dec 22, 2025 · **45.4K** Views

💬 61     🔁 191     ♡ 968     🔖 19     ↥

💬 **Read 61 replies**

**Don't miss what's happening**
People on X are the first to know.

Log in     Sign up