# Exhibit 16



← **Post**



**HHS** ✓
@HHSGov

We will hold EVERY provider of sex-rejecting procedures for children and adolescents accountable for failure to meet recognized standards of health care.

>  **HHS General Counsel Mike Stuart** ✓  @HHSGCMikeStuart · Jan 5
>
> Another day, another sad referral. When I say we will protect children, well, that's exactly what I mean.
>
> Today, I referred for investigation to @OIGatHHS another hospital- Children's Minnesota including its Gender Health program-  for failure to meet recogniz…
>
> Show more

5:46 PM · Jan 5, 2026 · **60.2K** Views

💬 73      ↻ 302      ♡ 2.2K      🔖 30      ↑

💬 Read 73 replies

**Don't miss what's happening**
People on X are the first to know.

Log in      Sign up