# Exhibit 17



← **Post**

**HHS Rapid Response** ✓
@HHSResponse

It's working.

Hospitals across the country are ending irreversible medical interventions for minors.

At HHS, protecting children's health comes first.



10:00 AM · Jan 18, 2026 · **9,090** Views

💬 24        🔁 59        ♡ 351        🔖 7        ↗

**Don't miss what's happening**
People on X are the first to know.

Log in    Sign up