# Exhibit 19

**CPR News**

Win a trip for two
to an island resort in Panama!

• MORE INFO •

POLITICS    MONEY    ARTS    JUSTICE    ENVIRONMENT    NEWSLETTER    WAYS TO SUPPORT

# Youth gender affirming care suspended at Children's Hospital Colorado and Denver Health

By Tony Gorman  ·  Jan. 2, 2026, 5:52 pm

SHARE:



*Kevin J. Beaty/Denverite*

Children's Hospital Colorado on Aurora's Anschutz Medical Campus. Feb. 13, 2025.

**Children's Hospital Colorado** is suspending all gender-affirming care to patients under 18 years old amid an investigation by the U.S. Department of Health and Human Services.

On Friday, the hospital announced that it had notified patients' families and team members of the decision. Children's Colorado said that the HHS investigation threatens the hospital's Medicaid and Medicare funding.

"Following the Department of Health and Human Services' (HHS) announced referral of an investigation against Children's Hospital Colorado (Children's Colorado), the hospital must suspend all medical gender-affirming care for patients under 18 years old while we await federal court rulings and assess the rapidly evolving legal landscape," the hospital said in a statement.

Example@mail.com

Sign U

Last week, HHS General Counsel Mike Stuart announced on social media that the **referral for investigation** into Children's Colorado was sent to the HHS Office of Inspector General under a declaration signed by HHS Sec. Robert F. Kennedy, Jr., because the procedures aren't safe or effective.

Children's Colorado said effective immediately, it will suspend writing new or renewing prescriptions for gender-affirming care for patients under 18 years old.

"We believe that families, in consultation with a trusted healthcare team, know what is best for their child, and that all families, including the families of gender diverse children, should have the ability to receive the expert medical care their child needs to thrive," the hospital said.

Children's Colorado has never provided gender-affirming surgical care for patients under the age of 18. Services will still be provided to patients over 18 years old.

Denver Health also announced on Friday that it will suspend gender-affirming care to youth in response to the Department of Health and Human Services' actions.

"These changes, which are made necessary by the actions of HHS, substantially affect access to critical health services," Denver Health said in a statement. "We also are concerned that the important relationships built between our providers and patients to help make informed decisions about their care are being disrupted. We are taking the appropriate steps to ensure our patients and families have the information they need at this time."

Denver Health stopped performing gender-affirming surgeries in early 2025.

The Department of Health and Human Services announced last month a **series of proposed regulatory actions** to carry out President Donald Trump's **Executive Order** to end the practice of gender-affirming procedures for children.

At the same time, Kennedy controversially signed a declaration finding that the procedures do not meet professionally recognized standards of health care.

Colorado has since joined 18 other states in suing to block the declaration.

↗ **Previous reporting**

- **Some Colorado hospitals are set to resume some gender-affirming care for youth after challenge to Trump order**
- **Protest outside Children's Hospital Colorado after sudden suspension of gender-affirming care**
- **Children's Hospital Colorado suspends gender affirming treatment, following White House executive order**
- **ACLU sues Children's Hospital on behalf of an 18-year-old seeking gender-affirming surgery**

### You care.

You want to know what is *really* going on these days, especially in Colorado. We can help you keep up. The Lookout is a free, daily email newsletter with news and happenings from all over Colorado. Sign up here and we will see you in the morning!

Enter Your Email                                    Sign Up

CPR thanks our sponsors.
Become a sponsor

# Popular Posts

GOVERNMENT AND POLITICS
Her parents didn't register her Colorado birth, and she has been stateless ever since. But that may soon change

EDUCATION
Judge gives Woodland Park district the bill for parent who sued over vague school board meeting agenda

ENVIRONMENT
Farmers bristle as state lawmakers weigh the future of a ubiquitous pesticide

NEWS
Judge rules Department of Corrections violated the state constitution by forcing inmates to work

HEALTH
'It's a terrible choice,' Colorado Attorney General on immigrant Medicaid data sharing with federal agencies

NEWS    CLASSICAL    INDIE 102.3    KRCC                                                                                            DONATE



What do you wonder about Colorado that you'd like us to investigate? Ask us your question here.

## Your contact info

A reporter will contact you if we look into your question.

Name

Email address

Phone Number

Zip Code

☑ Sign me up for The Lookout newsletter!
☐ Please don't publish my name
☐ I am over 16 years old
☐ I accept the Terms of Service

Submit

Colorado Wonders is supported by:



Powered by Hearken | Terms of Service | Privacy Policy

# Latest Stories



**CLIMATE CHANGE**

### Supreme Court to hear Suncor and ExxonMobil's challenge to Boulder's climate lawsuit

 By Ishan Thakore



**GOVERNMENT AND POLITICS**

### Colorado joins push for more restraints on creditors garnishing wages from people in medical debt

By KFF Health News



**SPORTS**

### Lindsey Vonn says surgery saved her from having her left leg amputated following Olympic crash

By The Associated Press



**COLORADO WONDERS**

### Listen: The Denver airport paid $14.5M for a glowing sign. A decade later, it's not looking great

 By Ben Markus

## Sign Up For Our Newsletters

It takes a good day's drive to cover Colorado, but we'll help you do it in a few minutes. Our newsletters bring you a closer look at the stories that affect you and the music that inspires you.

- Get A Newsletter From The Climate Team
- Sign Up For The Lookout
- Sign Up For The Quotie Monthly
- Get The Inside Track On Denver Music
- Classical Music Playlists And More

## Upcoming Events

**FEB 21**  Denverite at the Lunar New Year Festival: Year of the Horse
11:00am   Far East Center

**MAR 03**  Indie 102.3's 303 Day
5:00pm   Number Thirty Eight

- 8:00pm  FICA Denver at The Holiday Theater

# Listen to a Colorado Postcard



Colorado Postcards are snapshots of our colorful state in sound. They give brief insights into our people and places, our flora and fauna, and our past and present, from every corner of Colorado. **Listen now.**

## News That Matters, Delivered To Your Inbox

Enter Your Email    Sign Up

### About Us
OUR MISSION
STAFF AND HOSTS
CAREERS AT CPR
GENERAL CONTEST RULES
FCC APPLICATIONS & FILES

### Contact
CONTACT US
MEMBER SUPPORT
CONNECT WITH CPR
OPT OUT OF TARGETED ADVERTISING

### Listen
WAYS TO LISTEN
LISTENING HELP
ON-AIR SCHEDULE

### Support
MAKE A DONATION
DONATE YOUR CAR
BECOME A SPONSOR
CORPORATE SUPPORTERS
CPR SHOP

© 2026 Colorado Public Radio. All Rights Reserved. Privacy Policy.