# Exhibit 20



# Gender Health

- Locations
- Contact with questions
- What to expect

**Gender Health**
- Gender Health Services
- Support and resources
- Locations & contact us
- What to expect
- For health professionals

## A message to our community

As one of the leading pediatric providers of gender-affirming care in the region, we have recently experienced an increase in federal actions directed at health systems like ours that provide this care. These actions jeopardize the stability of Minnesota's only comprehensive pediatric health care system, and they threaten our clinicians' ability to practice medicine now and in the future. If conditions remain the same, we plan to temporarily pause prescribing puberty-suppressing medications and pubertal hormones (estrogen and testosterone) for patients under age 18 in our Gender Health program, effective Friday, Feb. 27, 2026.

Our Gender Health program is not closed. We continue to provide supportive care, mental health services and guidance regarding medical and non-medical treatment options. If you have an appointment with us, it is not canceled. Please keep your appointment to discuss any needed adjustments to your care plan. We will continue to follow our existing policies that protect private patient health information.

We understand this change will have a significant impact on our patients and families. If you have questions about your child's care, need more information, or require additional resources, please contact us.

Despite this difficult decision, Children's Minnesota remains committed to advocating for the patients and families and stand firmly behind the fact that gender affirming care is evidence-based and lifesaving for transgender and gender diverse youth.

**Patient & family education materials**

At Children's Minnesota, we know how important reliable information about conditions and illnesses is. Search any condition to learn more.

Search education materials

# Comprehensive care for transgender and gender-diverse kids

Children's Minnesota is committed to providing evidence-based, high-quality and essential health care to all kids, including our transgender and gender diverse patients. Our Gender Health program partners with parents and our communities to improve kids' health now and for the future.

Patients currently being cared for in our Gender Health program (and/or children or teens on our waitlist) will continue to receive care unless they have received information directly from the Gender Health clinic or their care team.

At Children's Minnesota we provide a safe and accepting environment for transgender and gender diverse youth and their families to ask questions, seek support and access evidence-based mental health and medical care. We do not perform gender affirming surgeries.

Children's Minnesota Gender Health program is an exclusively pediatric, multidisciplinary gender health program, and includes pediatric gender health, endocrinology and gynecology physicians.

The Gender Health program provides compassionate and comprehensive care for transgender and gender-diverse youth. We're dedicated to serving as an essential medical partner and resource for transgender youth and families along their journey.

## Learn more

Find out about what to expect at the Gender Health program.



### What if our leaders really did put "kids first?"
February 17, 2026

Truly putting kids first means protecting them from trauma, investing in their health and safety, supporting families and valuing every child for who they are. Putting kids first is not a radical idea. It's our most basic responsibility.

Read More »



### My coming out journey: lessons for parents and others
October 10, 2025

Dr. Kade Goepferd shares their heartfelt coming out story while offering practical lessons for parents, families and allies on supporting LGBTQ+ loved ones with empathy, love and understanding.

Read More »



### "We all deserve the freedom to show up as our authentic selves." Nicki Hangsleben turned these words into action for LGBTQ+ young people.
June 11, 2025

Now more than ever our vibrant LGBTQ+ young people need to know they belong, they matter and they have a bright future. Nicki Hangsleben, founder of QUEERSPACE collective, is working to make that

is working to make that happen. Learn how you can, too.

Read More »

## Patients and families

Find a primary or specialty care clinic location »

Request an appointment »

## Doctors and health care providers

Reach us 24/7 for patient referrals, consults, admissions and neonatal transport.

Learn more about Children's Minnesota Physician Access »

    

### Patients and families
- Sign in to MyChildren's
- Symptom checker
- Pay your bill
- Find a provider
- Price transparency
- Price transparency (.txt)

### Visit Children's Minnesota
- Locations
- Visiting hours & guidelines
- Directions & parking
- Minneapolis campus
- St. Paul campus

### For health professionals
- Physician Access
- Employee & physician login
- Talking Pediatrics podcast
- Refer a patient

### About us
- Learn about us
- Meet our leaders
- News and blog
- Careers
- Media requests

### Support Children's Minnesota
- Volunteer
- Attend an event
- About giving
- Star Shop

GIVE NOW ♥



Home | Privacy policy & terms of use | Contact us

© 2026 Children's Minnesota

Children's Minnesota is registered as a 501(c)(3) non-profit organization. Our tax identification number is 41-1754276.