# Exhibit 22

# NEWS TRIBUNE

Read today's Edition | Log In | Subscribe

NEWS   RESTAURANTS   STATE   SEAHAWKS   SPORTS   GAMES   OBITUARIES   FINANCE   CLASSIFIEDS   BEST OF PIERCE C   41°F

LOCAL

## Tacoma children's hospital closes gender-affirming care clinic

By **Becca Most**

Updated January 27, 2026 4:10 PM



Join TNT reporter Becca Most as she delves into the recent changes at MultiCare Mary Bridge Children's Hospital in Tacoma. The hospital, the sole provider of youth gender-affirming care in Pierce County, will cease accepting new patients and prescriptions starting Sept. 12. Becca provides insights into the impact on local families. By Brian Hayes



Key Takeaways — AI-generated summary reviewed by our newsroom.

🎧 Listen to this article

Several months after The News Tribune reported that the MultiCare Mary Bridge Children's Hospital in Tacoma had stopped accepting new gender-affirming care patients, MultiCare has closed its gender clinic and no longer will be offering gender-affirming medical treatment to any patients under the age of 18 after this week, according to a message sent to patients Monday.

Patients may still access behavioral health care at Mary Bridge Children's Hospital and MultiCare, according to the health system.

Mary Bridge Children's Hospital was one of the few places youth could receive such care in Pierce County, as previously reported by The News Tribune. The move comes despite Washington's Shield Law protecting access to gender-affirming care.

Gender-affirming care includes a variety of cosmetic or medical treatments, including puberty blockers and/or hormone therapy that can delay puberty or promote the development of masculine or feminine sex characteristics. Surgery is rarely provided to people under 18, according to the Association of American Medical Colleges. A vast majority of studies show that gender-affirming care is safe

and can significantly reduce suicidality in transgender and nonbinary youth under 18, in some cases by over 70%, according to the Human Rights Campaign.

In September, Mary Bridge declined to provide information about how many people have received gender-affirming care in Tacoma or how many people were on the waiting list for care.

"Due to recent escalations at the federal level to eliminate medical interventions to treat gender dysphoria for minors nationwide, as well as investigations and significant penalizations of health care organizations that provide such care, MultiCare Health System has made the difficult choice to close the MultiCare Mary Bridge Children's Gender Health Clinic," MultiCare said in an emailed response to The News Tribune on Tuesday. "Over the last year, we have worked to find options that would allow us to continue to care for this important group of patients. Unfortunately, continuing to provide gender-care-related medical treatment to minors puts our organization and our providers at too great a risk for government investigation and enforcement actions, including cutting off Medicare and Medicaid payments to MultiCare's entire health system."

A MultiCare spokesperson said nearly 75% of MultiCare's patients — and more than 62% of Mary Bridge Children's patients — depend on Medicare and Medicaid.

"Loss of this funding not only undermines MultiCare's ability to operate, but more critically, threatens patients' access to essential care in every region that MultiCare offers care," per the statement. "We have had conversations with local leaders including members of the LGBTQ+ community about our implementation plan and how we, as a community, can support these patients and families. This was an incredibly painful decision, and one that we wish that we did not have to make."

## What will happen to current patients?

In a message sent to patients Monday, which was obtained by The News Tribune, MultiCare CEO Bill Robertson said without the Medicare and Medicaid payments, "our organization would cease to exist."

Robertson said, over the next few weeks, clinic operations will wind down and any future appointments will be cancelled. For patients who are under 18 and taking medications like puberty blockers and/or hormones, the gender health team "will make every effort to provide options … though the current landscape may make that difficult," he said.

Patients under 18 who are not currently on medications "will not be able to add any medication treatment to their care plan," Robertson said.

Patients who are 18 and older will be transitioned to their current primary care provider, if they have one, and MultiCare staff "will be reaching out to discuss the best plan for your care, including any questions about your existing prescriptions," he said. "It may take some time to be seen, and if you are able to secure health care at another location on a shorter timeline, we encourage you to do so."

The Seattle Children's Hospital, which offers gender-affirming care, including hormone therapy, did not immediately respond to a request for comment from The News Tribune about care options on Tuesday.

In an interview Tuesday, Oasis Youth Center executive director Matthew Wilson said youth and their families can reach out to the center for help and guidance. More information will be released soon, he said.

"We are disappointed to learn that MultiCare is refusing care to transgender youth in contradiction to Washington state law," Wilson said. "This decision abruptly leaves hundreds of youth without care and contributes to the already tense atmosphere that transgender people are experiencing. We've already had concerned youth reach out to us."

This story was originally published January 27, 2026 at 3:43 PM.

📬 **Afternoon Update**

We'll help you catch up on the day's top stories at 3 p.m. with today's headlines from TheNewsTribune.com.

[                    ]  **SIGN UP**

By submitting, I agree to the Privacy Policy and Terms of Service.

Want to see more content like this?  👍  👎

### Related Stories from Tacoma News Tribune

LOCAL

**Ex-employee sues MultiCare, alleging denial of gender-affirming care coverage**

October 20, 2025 10:28 AM



**Becca Most** | The News Tribune | ✉ | ☎ 253-274-7322

Becca Most is a reporter covering the Pierce County Council and other issues affecting Tacoma residents. Originally from the Midwest, Becca previously wrote about city and social issues in Central Minnesota, Minneapolis and St. Paul. Her work has been recognized by Gannett and the USA Today Network, as well as the Minnesota Newspaper Association where she won first place in arts, government/public affairs and investigative reporting in 2023. Support my work with a digital subscription

## Join the Conversation   FOLLOW

Anyone can read the comments, but you must be a subscriber or logged in with a registered account to contribute. If you do not have a registered account, you can sign up for one below (it's free).

**LOG IN**   **SIGN UP**

[ Join the conversation ]

Conversations are opinions of our readers and are subject to the Community Guidelines.

ALL COMMENTS  7                                         NEWEST ˅    🔔

**User a5a495b** · 23 DAYS AGO
This is tragedy
REPLY   👍 0

**LOAD MORE COMMENTS**

ACTIVE CONVERSATIONS



What might they become? These restaurant, cafe spaces sit empty...   💬 1

Firing a top cop is hard. State bill doesn't solve the whole problem ...   💬 2

Powered by  ◆ viafoura

 
FIND YOUR ADVENTURE
 

**Marketplace** Sell Your Items - Free to List          Visit Full Marketplace


**Calvin Klein Women's Size L Faux Fur Vest Gray Acrylic**
$22
JORGE M. | sellwild.com


**Size 10 Jeffrey Campbell Free People Womens Dagget Pink**
$214
CONSHY C. | sellwild.com


**Size 7.5 Vintage Frye Campus Stitching Horse Tan Leather**
$498
CONSHY C. | sellwild.com


**Size 12 Butte Vintage Black Velour Dress Wrap Style**
$44
CONSHY C. | sellwild.com


Blast your message across premium websites.


**XL Vintage 1950s Wool Coat Womens Fur**
$149
CONSHY C. | sellwild.com


**XS Michael Kors Womens Navy Blue**
$34
CONSHY C. | sellwild.com

Powered by *Sellwild*

**McClatchy Media**
Part of the McClatchy Media Network

**ABOUT**
About Us
Site Map
Contact Us
Archives

Connect with us:
f  X  ▶  ◉  ♪

**ADVERTISING**
McClatchy Advertising
Place an Ad
Place a Classified Ad
Place an Ad - Celebrations
Place an Obituary
Staffing Solutions
Political | Advocacy Advertising

**SUBSCRIPTIONS**
Customer Service
Start a Subscription
Cancel a Subscription
Make a Payment

**EXPLORE**
Read Today's Edition
Mobile Apps
Newsletters
Puzzles & Games
Horoscopes

COPYRIGHT   COMMENTING POLICY   PRIVACY POLICY   COOKIE PREFERENCES   YOUR PRIVACY CHOICES   TERMS OF SERVICE