# Exhibit 25

An official website of the United States government  Here's how you know



| Search Medicaid.gov | FAQs |

| Federal Policy Guidance | Resources for States | Medicaid | CHIP | Basic Health Program | State Overviews | About Us |

Home › Medicaid › National Medicaid & CHIP Program Information › Medicaid & CHIP Enrollment Data › October 2025 Medicaid & CHIP Enrollment Data Highlights

# October 2025 Medicaid & CHIP Enrollment Data Highlights

All states—including the District of Columbia—provide data each month about their Medicaid and Children's Health Insurance Programs (CHIP) eligibility and enrollment activity. These data reflect a range of indicators related to key Medicaid and CHIP application, eligibility, and enrollment processes. View the complete dataset on Data.Medicaid.gov.

CMS is releasing a new monthly Medicaid and CHIP Eligibility Operations and Enrollment Snapshot. The report provides current month and annual retrospective data on national and state-level Medicaid and CHIP eligibility and enrollment operations, as well as Marketplace and Basic Health Program enrollment. This new report streamlines the monthly Medicaid and CHIP eligibility and enrollment reports CMS released in the past.

**Related Data Analysis**
- Unwinding Data Reporting
- Medicaid and CHIP Eligibility Operations and Enrollment Snapshot

## October 2025 Medicaid & CHIP Enrollment

**76,790,559 people** were enrolled in Medicaid and CHIP in the **50 states** and the District of Columbia that reported enrollment data for October 2025.

- **69,541,353 people** were enrolled in Medicaid.
- **7,249,206 people** were enrolled in CHIP.

**36,639,540 people** were enrolled in CHIP or were children enrolled in the Medicaid program in the **50 states** and the District of Columbia that reported child enrollment data for October 2025 representing **47.7%** of total Medicaid and CHIP program enrollment.



List    Map

| State | Medicaid Enrollment | CHIP Enrollment | Total Medicaid and CHIP Enrollment | Child Enrollment (Medicaid Child + CHIP Enrollment) | State Expanded Medicaid | State Notes |
|---|---|---|---|---|---|---|
| Alaska | 199,110 | 12,744 | 211,854 | 85,271 | Expanded | Not available |
| Alabama | 749,334 | 190,930 | 940,264 | 672,491 | Not Expanded | Not available |
| Arkansas | 726,141 | 82,184 | 808,325 | 415,014 | Expanded | Not available |
| Arizona | 1,605,769 | 114,384 | 1,720,153 | 751,998 | Expanded | Not available |
| California | 11,826,775 | 1,238,553 | 13,065,328 | 4,835,377 | Expanded | Not available |
| Colorado | 1,051,871 | 139,176 | 1,191,047[1] | 522,907[1] | Expanded | 1. Includes Retroactive Enrollments |
| Connecticut | 887,046 | 24,770 | 911,816 | 366,608 | Expanded | Not available |
| District of Columbia | 241,418 | 16,285 | 257,703 | 94,918 | Expanded | Not available |
| Delaware | 228,908 | 13,837 | 242,745 | 107,720 | Expanded | Not available |
| Florida | 3,485,075 | 163,016 | 3,648,091 | 2,355,956 | Not Expanded | Not available |
| Georgia | 1,684,015 | 188,012 | 1,872,027 | 1,322,796 | Not Expanded | Not available |
| Hawaii | 365,871 | 24,070 | 389,941[1] | 152,533[1] | Expanded | 1. Includes Retroactive |

| State | | | | | | |
|---|---|---|---|---|---|---|
| Hawaii | 365,871 | 24,070 | 389,941 | 152,533 | Expanded | Enrollments |
| Iowa | 581,518 | 85,282 | 666,800 | 331,835 | Expanded | Not available |
| Idaho | 293,367 | 19,440 | 312,807 | 152,556 | Expanded | Not available |
| Illinois | 2,731,730 | 309,576 | 3,041,306 | 1,365,759 | Expanded | Not available |
| Indiana | 1,474,398 | 123,806 | 1,598,204 | 749,606 | Expanded | Not available |
| Kansas | 328,648 | 72,952 | 401,600 | 278,035 | Not Expanded | Not available |
| Kentucky | 1,212,561 | 135,337 | 1,347,898 | 619,007 | Expanded | Not available |
| Louisiana | 1,281,806 | 139,293 | 1,421,099 | 690,425 | Expanded | Not available |
| Massachusetts | 1,406,479 | 189,473 | 1,595,952 | 692,117 | Expanded | Not available |
| Maryland | 1,207,260 | 197,494 | 1,404,754 | 671,744 | Expanded | Not available |
| Maine | 312,151 | 27,538 | 339,689 | 139,804 | Expanded | Not available |
| Michigan | 2,122,659 | 166,570 | 2,289,229 | 894,501 | Expanded | Not available |
| Minnesota | 1,171,636 | 4,484 | 1,176,120 | 611,112 | Expanded | Not available |
| Missouri | 1,119,590 | 133,808 | 1,253,398 | 580,453 | Expanded | Not available |
| Mississippi | 506,720 | 84,096 | 590,816 | 394,291 | Not Expanded | Not available |
| Montana | 190,695 | 20,247 | 210,942[1] | 91,101[2] | Expanded | 1. Includes Individuals Enrolled At Any Time in Month (Not a Point-in-Time Count); Includes Retroactive Enrollments<br>2. Includes Individuals Enrolled At Any Time in Month (Not a Point-in-Time Count); Includes Limited-Benefit Enrollees; Includes Retroactive Enrollments |
| North Carolina | 2,518,541 | 346,782 | 2,865,323 | 1,432,431 | Expanded | Not available |
| North Dakota | 100,154 | 5,327 | 105,481 | 51,519 | Expanded | Not available |
| Nebraska | 296,869 | 36,674 | 333,543 | 171,952 | Expanded | Not available |
| New Hampshire | 159,136 | 19,053 | 178,189[1] | 87,666[1] | Expanded | 1. Includes Retroactive Enrollments |
| New Jersey | 1,486,782 | 259,018 | 1,745,800 | 805,777 | Expanded | Not available |
| New Mexico | 644,329 | 43,098 | 687,427 | 310,526 | Expanded | Not available |
| Nevada | 694,145 | 47,913 | 742,058 | 320,581 | Expanded | Not available |
| New York | 5,833,918 | 670,368 | 6,504,286 | 2,462,008 | Expanded | Not available |
| Ohio | 2,525,747 | 242,720 | 2,768,467[1] | 1,192,630[1] | Expanded | 1. Includes Individuals Enrolled At Any Time in Month (Not a Point-in-Time Count) |
| Oklahoma | 919,727 | 69,333 | 989,060 | 516,707 | Expanded | Not available |
| Oregon | 1,120,199 | 183,553 | 1,303,752 | 472,211 | Expanded | Not available |
| Pennsylvania | 2,731,246 | 281,320 | 3,012,566 | 1,418,667 | Expanded | Not available |
| Rhode Island | 270,512 | 32,968 | 303,480 | 119,157 | Expanded | Not available |
| South Carolina | 883,061 | 111,098 | 994,159 | 614,984 | Not Expanded | Not available |

| State | Child Enrollment (Medicaid Child + CHIP) | Separate CHIP Enrollment | Total Medicaid and CHIP Enrollment | Medicaid Child Enrollment | Expansion Status | Notes |
|---|---|---|---|---|---|---|
| South Dakota | 122,794 | 14,125 | 136,919 | 76,908 | Expanded | Not available |
| Tennessee | 1,238,129 | 181,524 | 1,419,653 | 840,241 | Not Expanded | Not available |
| Texas | 3,802,894 | 345,714 | 4,148,608 | 3,169,115 | Not Expanded | Not available |
| Utah | 297,550 | 35,071 | 332,621 | 169,369 | Expanded | Not available |
| Virginia | 1,493,815 | 193,081 | 1,686,896 | 805,438 | Expanded | Not available |
| Vermont | 146,926 | 5,349 | 152,275 | 57,787 | Expanded | Not available |
| Washington | 1,724,759 | 63,105 | 1,787,864 | 821,362 | Expanded | Not available |
| Wisconsin | 1,025,688 | 99,058 | 1,124,746 | 538,125 | Not Expanded | Not available |
| West Virginia | 458,072 | 39,692 | 497,764[1] | 197,772[1] | Expanded | 1. Includes Individuals Enrolled At Any Time in Month (Not a Point-in-Time Count) |
| Wyoming | 53,809 | 5,905 | 59,714 | 40,672 | Not Expanded | Not available |

Map represents data from October 2025, last updated January 29, 2026

**Child Enrollment (Medicaid Child + CHIP Enrollment)** - Child Enrollment (Medicaid Child + CHIP Enrollment) figures represent the number of children enrolled in the Medicaid program and the total enrollment for separate CHIP programs as of the last day of the reporting period. These figures are point-in-time counts of total program enrollment, and not solely counts of those newly enrolled during the reporting period. These figures include only people who are eligible for comprehensive benefits (for example, emergency Medicaid, family planning-only coverage and limited benefit dual eligible individuals are excluded). States use the definition of "child" as included in the state's Medicaid or CHIP state plan in reporting performance indicator data to CMS, which varies from state to state.

**Total Medicaid and CHIP Enrollment** - Total enrollment figures represent the total unduplicated number of people enrolled in Medicaid and CHIP as of the last day of the reporting period. These figures are point-in-time counts of total program enrollment, and not solely a count of those newly enrolled during the reporting period. These figures include only people who are eligible for comprehensive benefits (for example, emergency Medicaid, family planning-only coverage and limited benefit dual eligible individuals are excluded), except as indicated in the state-specific notes included with the tables.

**Other Sources of Enrollment Data** - CMS collects Medicaid and CHIP enrollment data from states through multiple reporting vehicles, such as Statistical Enrollment Data System (SEDS) and Medicaid Budget and Expenditure System. These enrollment data may not align with the data included in this report because of methodological differences. For example, in the most recent published SEDS annual enrollment report, CHIP enrollment was reported as more than 9.6 million. Unlike the point-in-time monthly enrollment counts included in this report, the SEDS CHIP enrollment figure represents the number of people ever enrolled in CHIP throughout the year. View the SEDS total and state-specific annual enrollment data on our CHIP Reports and Evaluations page.

**Related Sites**
- Data.Medicaid.gov
- CMS.gov
- HHS.gov
- Healthcare.gov
- InsureKidsNow.gov
- Medicare.gov

**Helpful Links**
- Web Policies and Important Links
- Plain Language
- Nondiscrimination & Accessibility
- Help with File Formats & Plug-ins
- Privacy Settings
- No Fear Act
- Archive
- Site Feedback
- Privacy Policy

**Sign up**
Your email address
[e-mail here]
Sign up

Medicaid.gov

medicaid.gov
Keeping America Healthy

**Centers for Medicare & Medicaid Services**

A federal government managed website by the
Centers for Medicare & Medicaid Services.
7500 Security Boulevard Baltimore, MD 21244