# Exhibit 26



🇺🇸 An official website of the United States government   Here's how you know ⌄

🦅 U.S. Department of Health & Human Services   & Administration for Children & Families   Children's Bureau

# CHILDREN'S BUREAU
*Child Welfare Outcomes Report Data*

Search Reports 🔍

- Home
- About
- Methodology
- **Child Population Data**
- Child Maltreatment Data +
- Foster Care Data +
- Adoption Data
- Data by State

# Child Population Data

Displays demographic context data on the oveall child population, including the number of children under age 18, child poverty data, and data on the child population by race and ethnicity.

### Filter Data

Compare By:  **State**  **Year**

State
Select...

Year
2023

**Tabular View**  **📊 Graph View**

View
Total Child Population

Choose Attribute
Total Children Under 18



Total Children Under 18

| State | Value |
|---|---|
| Alabama | 1130840 |
| Alaska | 175507 |
| Arizona | 1583034 |
| Arkansas | 705608 |
| California | 8445669 |
| Colorado | 1214684 |
| Connecticut | 722986 |
| Delaware | 211938 |
| District of Columbia | 126592 |
| Florida | 4380843 |
| Georgia | 2538681 |
| Hawaii | 293613 |
| Idaho | 467342 |
| Illinois | 2705522 |
| Indiana | 1587254 |
| Iowa | 730122 |
| Kansas | 694337 |
| Kentucky | 1016895 |
| Louisiana | 1067149 |
| Maine | 249052 |
| Maryland | 1361916 |
| Massachusetts | 1341801 |
| Michigan | 2111911 |
| Minnesota | 1300934 |
| Mississippi | 679826 |
| Missouri | 1374470 |



| State | Value |
|---|---|
| Montana | 235651 |
| Nebraska | 480998 |
| Nevada | 685956 |
| New Hampshire | 252050 |
| New Jersey | 2010290 |
| New Mexico | 451347 |
| New York | 3959908 |
| North Carolina | 2336623 |
| North Dakota | 184734 |
| Ohio | 2578254 |
| Oklahoma | 966607 |
| Oregon | 831830 |
| Pennsylvania | 2629005 |
| Puerto Rico | 498679 |
| Rhode Island | 203838 |
| South Carolina | 1144201 |
| South Dakota | 221898 |
| Tennessee | 1570728 |
| Texas | 7561125 |
| Utah | 933152 |
| Vermont | 114636 |
| Virginia | 1881544 |
| Washington | 1648070 |
| West Virginia | 352212 |
| Wisconsin | 1249129 |
| Wyoming | 129549 |



**ℹ Notes**

The total children under age 18 population data represent state estimates from the Census Bureau and are based on the calendar year. All other data on this site are based on the federal fiscal year (FY): October 1 through September 30.

Return to Top

Home        About        Methodology                        FAQs        Contact Us

**Related Sites**

HHS.gov ⌁

Grants.gov ⌁

USAJobs.gov ⌁

USA.gov ⌁

**Helpful Links**

Report Fraud ⌁

Download Acrobat© ⌁

**Policies**

Accessibility ⌁

No FEAR Act ⌁

Privacy Policy ⌁

FOIA ⌁

HHS Vulnerability Disclosure Policy ⌁

Disclaimers ⌁



**U.S. Department of Health & Human Services**
330 C Street, S.W., Washington, D.C. 20201

