# Exhibit 27



**Protecting Children**

U.S. Department of Health and Human Services ✓
153K subscribers

Subscribe

Like    Share    Save

**In this video**

Timeline    Transcript

sex-rejecting procedures to children are out of compliance with

4:17 these standards of health care. This declaration is a clear directive to providers to follow the science and the overwhelming body of evidence that these procedures hurt -- not help -- children.

4:32 Additionally, CMS is proposing two new rules. The first rule are hospitals that participate

4:38 in Medicare and Medicaid -- which is almost every hospital -- from performing these dangerous and

4:45 harmful procedures. The second rule prohibits the federal Medicaid dollars from funding the

4:51 sex-rejecting procedures on minors. The FDA is issuing warning letters to 12 manufacturers of

Live chat replay is not available for this video.