DAN RAYFIELD
Attorney General
ALLIE M. BOYD #163478
BRIAN SIMMONDS MARSHALL #196129
LAUREN ROBERTSON #124362
Senior Assistant Attorneys General
KATE E. MORROW #215611
YOUNGWOO JOH #164105
Assistant Attorneys General
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: allie.m.boyd@doj.oregon.gov
        brian.s.marshall@doj.oregon.gov
        lauren.robertson@doj.oregon.gov
        kate.e.morrow@doj.oregon.gov
        youngwoo.joh@doj.oregon.gov

*Attorneys for the State of Oregon*

[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| STATE OF OREGON, et al., | No. 6:25-cv-02409-MTK |
| Plaintiffs, | |
| | DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEFING ON INJUNCTIVE RELIEF |
| v. | |
| ROBERT F. KENNEDY, JR., in his official capacity as the Secretary of the Department of Health and Human Services, et al., | |
| Defendants. | |

Page 1 – DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS'
    SUPPLEMENTAL BRIEFING ON INJUNCTIVE RELIEF
                              Department of Justice
                              100 SW Market Street
                              Portland, OR 97201
                              9716731880 / Fax: 9716735000

## DECLARATION OF WILLIAM MCGINTY

I, William McGinty, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a Deputy Solicitor General at the Washington Attorney General's Office. I am one of the attorneys representing the State of Washington in this case.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts of the United States District Court District Court for the District of Oregon Eugene Division's Transcript of Proceedings (Oral Argument), held March 19, 2026 on Cross-Motions for Summary Judgement before the Honorable Judge Mustafa T. Kasubhai.

3.      Attached as **Exhibit B** is a true and correct copy of the U.S. Department of Health and Human Services Office of the Inspector General's Press Release dated December 11, 2003, titled "OIG and Tenet Healthcare Corporation Reach Divestiture Agreement to Address Exclusion of Redding Medical Center". This webpage was saved as a PDF from URL: https://oig.hhs.gov/newsroom/news-releases-articles/oig-and-tenet-healthcare-corporation-reach-divestiture-agreement-address-exclusion-redding-medical-center/ on April 1, 2026.

4.      Attached as **Exhibit C** is a true and correct copy of the Summary Judgment Order entered in *Washington v. FEMA*, No. 25-12006-RGS (D. Mass. Dec. 11, 2025), ECF 130.

5.      Attached as **Exhibit D** is a true and correct copy of the Order to Enforce the Court's Summary Judgment Order entered in *Washington v. FEMA*, No. 25-12006-RGS (D. Mass. Mar. 6, 2026), ECF 137.

6.      Attached as **Exhibit E** is a true and correct copy of the Memorandum in Support of Plaintiffs' Motion to Enforce the Preliminary Injunction filed in *Am. Fed'n of Gov't Emps. Nat'l VA Council v. Dep't of Veterans Affairs*, No. 25-cv-583, (D.R.I. Mar. 20, 2026), ECF 33-1.

7.      Attached as **Exhibit F** is a true and correct copy of the Contempt Motion Stipulation and Order entered in *Barco Mercado v. Noem*, No. 25-cv-06568 (S.D.N.Y. Mar. 2, 2026), ECF 141.

Page 2 – DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS'
    SUPPLEMENTAL BRIEFING ON INJUNCTIVE RELIEF

8.      Attached as **Exhibit G** is a true and correct copy of the Order with Appendix entered in *Tobay Robles v. Noem*, No. 26-cv-107 (D. Minn. Jan. 28, 2026), ECF 10 and 10-1.

9.      Attached as **Exhibit H** is a true and correct copy of the Judgment entered in *New York v. Dep't of Energy*, No. 6:25-cv-01458-MTK, (D. Or. Nov. 10, 2025), ECF 84.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 2nd day of April 2026, at Lacey, Washington.

*s/ William McGinty*
WILLIAM MCGINTY, WSBA #41868
Deputy Solicitor General
Washington Attorney General's Office

Page 3 – DECLARATION OF WILLIAM MCGINTY IN SUPPORT OF PLAINTIFFS'
    SUPPLEMENTAL BRIEFING ON INJUNCTIVE RELIEF