KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 451-7743
Email: Kathryn.L.Alkire@usdoj.gov
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| STATE OF OREGON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the Department of Health and Human Services, et al.,<br><br>Defendants. | Case No.: 6:25-cv-2409-MTK<br><br>DEFENDANTS' AMENDED NOTICE OF APPEAL |

Please take notice that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's April 18, 2026, Judgment, ECF No. 94, and Opinion and Order, ECF No. 93, granting Plaintiffs' Motion for Summary Judgment, ECF No. 32, and denying Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 73, and the Court's September 17, 2026, Opinion and Order, ECF No. 105, denying Defendants' Motion to Amend Judgment, ECF No. 96.

Dated: November 13, 2026.

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

MICHELLE BENNETT
Assistant Branch Director
Federal Programs Branch

/s/ *Kathryn Alkire*
KATHRYN L. ALKIRE
(FL Bar No. 1050146)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 451-7743
E-mail: Kathryn.L.Alkire@usdoj.gov
*Attorney for Defendants*